**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
Rosemary C. Khoury (SBN 331307)
rkhoury@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone:     (619) 595-3001
Facsimile:     (619) 595-3000

**DAVTYAN LAW FIRM, INC.**
Emil Davtyan (SBN 299363)
support@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Telephone:     (818) 875-2008
Facsimile:     (818) 722-3974

Attorneys for Plaintiff Gregory Horowitz, on behalf of himself
and all others similarly situated and aggrieved

# UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GREGORY HOROWITZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC., a Utah Corporation; and DOES 1 Through 10, inclusive,<br><br>Defendants. | Case No. 21-CV-04674-MMC<br><br>**CLASS AND REPRESENTATIVE ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date:         January 6, 2023<br>Time:         9:00 a.m.<br>Judge:        Hon. Maxine M. Chesney<br>Courtroom:    7<br><br>Complaint filed:   March 22, 2021<br>Removal date:     June 17, 2021<br>Trial date:       Not set |

**PLEASE TAKE NOTICE** on January 6, 2023 at 9:00 a.m., or as soon as the matter may be heard, in Courtroom 7 – 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable Maxine M. Chesney presiding, Plaintiff Gregory Horowitz ("Plaintiff"), pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3), will move the Court for an Order:

1. Certifying a class of all SkyWest Airlines, Inc.'s ("Defendant" or "SkyWest") California-based Pilots employed any time from March 22, 2017 to the present, including:

**First Meal Period Subclass**
Class Members who worked one or more periods in excess of 5 hours.

**Second Meal Period Subclass**
Class Members who worked one or more periods in excess of 10 hours.

**Rest Period Subclass**
Class Members who worked one or more periods in excess of 3.5 hours.

**Expense Reimbursement Subclass**
Class Members who used personal cell phone business-related purposes.

**Wage Statement Subclass**
Class Members who received one or more itemized wage statements during the one year preceding the filing of this Complaint.

**Waiting Time Subclass**
Class Members whose employment ended any time during the three years before this Complaint was filed.

**UCL Subclass**
Class Members who were subject to Defendants' unlawful business acts or practices.

2. Appointing named Plaintiff Gregory Horowitz as the representative of the Classes and the Subclasses, and appoint his counsel of record, Cohelan Khoury & Singer, and Davtyan Law Firm, Inc. as Class Counsel for the Classes and Subclasses.

3. Finding Plaintiff Gregory Horowitz is typical of the proposed Class Members he seeks to represent and has no conflicts with serving as adequate and typical representative of the proposed Plaintiff Class and Subclasses he seeks to represent, and to appoint him as class representative pursuant to Fed. R. Civ. P. Rule 23(a).

4. Finding the proposed Class Notice, attached as Exhibit 4 to Plaintiff's Notice of Lodgment of Exhibits, sent via U.S. Mail by a reputable third-party administrator to each proposed Class Member is sufficient to give notice to the Class and an opportunity to exclude

themselves from, or object to, the proceedings; and Ordering the notice be sent, and the results from the notice process be filed with the Court in a reasonable time after the Class is certified.

    5.    This Motion is made pursuant to Federal Rules of Civil Procedure, Rule 23(a)) and 23(b)(3), and relevant federal and California law. Class Certification is appropriate because:

    a) The proposed Class and Subclasses are numerous, ascertainable, and identifiable, and consist of approximately 2,590 employees;

    b) Common issues of law and fact affecting the entire Class and Subclasses predominate over individualized issues;

    c) Plaintiff's claims are typical of the claims of the Class and Subclasses and Plaintiff has no interests adverse to them;

    d) Plaintiff will fairly and adequately represent the interests of the Class and his counsel is highly experienced in wage and hour class actions;

    e) A class action is superior to multiple duplicative individual actions challenging Defendant's common labor practices; and

    f) This action is manageable as a class action, and representative action under California's Private Attorneys General Act (PAGA), because review of Defendant's written policies and its own testimony will show whether Defendant engaged in unlawful labor practices.

This Motion is based on this Notice of Motion; Memorandum of Points and Authorities; the Declarations of Proposed Class Counsel Jeff Geraci, and Emil Davtyan; the Declaration of Proposed Class Representative Gregory Horowitz: Notice of Lodgment of Exhibits; and the pleadings and documentary evidence in the Court's file, and such other oral and documentary evidence as may be presented at the hearing of this Motion.

Respectfully submitted,
COHELAN KHOURY & SINGER

Dated: October 27, 2022    By:  s/ Jeff Geraci
    Jeff Geraci, Esq.
    Attorneys for Plaintiff Gregory Horowitz,
    for himself and all others similarly situated

- 2 -