**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
Rosemary C. Khoury (SBN 331307)
rkhoury@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone:	(619) 595-3001
Facsimile:	(619) 595-3000

**DAVTYAN LAW FIRM, INC.**
Emil Davtyan (SBN 299363)
support@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Telephone:	(818) 875-2008
Facsimile:	(818) 722-3974

Attorneys for Plaintiff Gregory Horowitz, on behalf of himself
and all others similarly situated and aggrieved

## UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GREGORY HOROWITZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC., a Utah Corporation; and DOES 1 Through 10, inclusive,<br><br>Defendants. | Case No. 21-CV-04674-MMC<br><br>**CLASS AND REPRESENTATIVE ACTION**<br><br>**DECLARATION OF GREGORY HOROWITZ IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:	January 6, 2023<br>Time:	9:00 a.m.<br>Judge:	Hon. Maxine M. Chesney<br>Courtroom:	7<br><br>Complaint filed:	March 22, 2021<br>Removal date:	June 17, 2021<br>Trial date:	Not set |

Declaration of Gregory Horowitz ISO Motion for Class Certification
Case No. 21-CV-04674-MMC

I, Gregory Horowitz, declare:

1. I am the proposed Class Representative in this case. This Declaration is based on my personal knowledge and if called to testify I could competently testify to the matters stated.

2. I needed to, and did, use my cellphone for work related purposes each day at SkyWest. Examples include, when arriving at an airport it was used to check-in; Dispatch sent notices of flight status; I called maintenance before starting a flight for mechanical issues. Every pilot I flew with used the cellphone in the same way, including Chief Pilots.

3. Before and after filing this lawsuit, I had many meetings and many calls with my attorneys, and provided them information and documents about working at SkyWest. I responded to a document request by SkyWest and was deposed.

4. I understand this case has been filed as a class action. I agreed to be a named plaintiff in this lawsuit because I wanted to help my fellow workers receive all benefits required by law. As a potential class representative, I understand I am supposed to look out for the best interests of the class. I believe I have done that and am prepared to continue to do that.

5. I am unaware of any conflicts between me and the proposed class.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 26, 2022 at Rosamond, California.

*Gregory Horowitz*
Gregory Horowitz