**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
Rosemary C. Khoury (SBN 331307)
rkhoury@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone:      (619) 595-3001
Facsimile:      (619) 595-3000

**DAVTYAN LAW FIRM, INC.**
Emil Davtyan (SBN 299363)
support@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Telephone:      (818) 875-2008
Facsimile:      (818) 722-3974

Attorneys for Plaintiff Gregory Horowitz, on behalf of himself
and all others similarly situated and aggrieved

**UNITED STATES DISTRICT COURT**

**NOTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| GREGORY HOROWITZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC., a Utah Corporation; and DOES 1 Through 10, inclusive,<br><br>Defendants. | Case No. 21-CV-04674-MMC<br><br>**CLASS AND REPRESENTATIVE ACTION**<br><br>**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:          January 6, 2023<br>Time:          9:00 a.m.<br>Judge:        Hon. Maxine M. Chesney<br>Courtroom:  7<br><br>Complaint filed:    March 22, 2021<br>Removal date:      June 17, 2021<br>Trial date:            Not set |

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE Plaintiff Gregory Horowitz ("Plaintiff") lodges the following exhibits in support of the Motion for Class Certification, and attaches true and correct copies of:

**EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| 1 | Amended Notice of Videoconference Deposition of Defendant SkyWest Airlines |
| 2 | Selected Portions of the Deposition Transcript of Person Most Knowledgeable at SkyWest Airlines, Inc., Steve Spagnolo, October 4, 2022 |
| 3 | Wage Statements of Plaintiff Gregory Horowitz (PLTF 000229-PLTF 000234) |
| 4 | [Proposed] Notice of Class Action |

Respectfully submitted,

COHELAN KHOURY & SINGER


Dated: October 27, 2022          By:    s/ Jeff Geraci
                                              Jeff Geraci, Esq.
                                 Attorneys for Plaintiff Gregory Horowitz,
                                 for himself and all others similarly situated

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

- 1 -

Notice of Lodgment of Exhibits ISO Motion for Class Certification
Case No. 21-CV-04674-MMC

# EXHIBIT 1

**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
Rosemary C. Khoury (SBN 331307)
rkhoury@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

**DAVTYAN LAW FIRM, INC.**
Emil Davtyan (SBN 238608)
support@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Telephone: (818) 875-2008/Facsimile: (818) 722-3974

Attorneys for Plaintiff Gregory Horowitz, on behalf of himself
and all others similarly situated and aggrieved

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

## UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GREGORY HOROWITZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC., a Utah Corporation; and DOES 1 Through 10, inclusive,<br><br>Defendants. | Case No. 21-CV-04674-MMC<br><br>**CLASS AND REPRESENTATIVE ACTION**<br><br>***AMENDED* NOTICE OF VIDEOCONFERENCE DEPOSITION OF DEFENDANT SKYWEST AIRLINES, INC.**<br><br>Date:        October 4, 2022<br>Time:        9:30 a.m.<br>Location:    Videoconference<br><br>Complaint filed:  March 22, 2021<br>Removal date:    June 17, 2021<br>Trial date:      Not set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Gregory Horowitz ("Plaintiff") will take the deposition of Defendant Skywest Airlines, Inc. ("Defendant").

The deposition shall commence on October 4, 2022 at 9:30 a.m. by videoconference. If the deposition is not completed on that date, the deposition will proceed day to day until completed (weekends and holidays excepted) or resume on a date set by Plaintiff.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant shall designate one or more officers, directors, managing agents, or other persons to testify on its behalf on each topic listed below. Plaintiff requests Defendant provide written notice five (5) business days before the deposition of the name(s) and position(s) of individual(s) designated to testify on Defendant's behalf.

The deposition will be taken upon oral examination before an officer authorized to administer oaths and is subject to continuance or rescheduling from time to time or place to place until completed. In addition to recording the deposition testimony stenographically, each deposition session will be videotaped pursuant to Federal Rules of Civil Procedure, Rule 30(b)(3)(A) and this videotape may be used at trial.

## DEFINITIONS

**DOCUMENT** includes all documents, information, or things within the scope of Fed. R. Civ. P. Rule 34 including electronically stored information ("ESI").

**YOU, YOUR**, or **DEFENDANT** means Defendant **SKYWEST AIRLINES, INC.** and anyone acting on its behalf during the **RELEVANT TIME PERIOD**.

**CLASS MEMBER(S)** means California-based Pilots **YOU** employed during the **RELEVANT TIME PERIOD**.

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

- 1 -

1    **RELEVANT TIME PERIOD** means four years from the filing of

2    Plaintiff's Complaint.

3    **MATTERS ON WHICH EXAMINATION IS REQUESTED**

4    PLEASE TAKE NOTICE that, pursuant to California Code of Civil

5    Procedure section 2025.230, examination is requested on the following subjects:

6    1.    Duties of **CLASS MEMBERS** during the **RELEVANT TIME**

7    **PERIOD**.

8    2.    Scheduling the work of **CLASS MEMBERS** during the

9    **RELEVANT TIME PERIOD**, including all methods used to schedule, positions

10   responsible for scheduling, and any limitations on scheduling, including number

11   of hours or shifts.

12   3.    All timekeeping systems used for **CLASS MEMBERS** during the

13   **RELEVANT TIME PERIOD**.

14   4.    The policies and procedures for providing rest and meal periods to

15   **CLASS MEMBERS** during the **RELEVANT TIME PERIOD**.

16   5.    All policies and procedures for the compensation of **CLASS**

17   **MEMBERS** during the **RELEVANT TIME PERIOD**, including incentive pay,

18   bonuses, regular rate of pay, premium wages in lieu of compliant rest or meal

19   periods, minimum wages required by municipalities, and on any method other

20   than actual time, included rounded time.

21   6.    All policies and procedures for reimbursing **CLASS MEMBERS** for

22   business expenses, including cell phone expenses.

23   7.    The meaning, function, and use of each "Earnings" entry on wage

24   statements issued to **CLASS MEMBERS** during the **RELEVANT TIME**

25   **PERIOD**, including "Holiday Pay," "NonTax Per Diem," "Overtime 3," "Perf

26   Reward Fin," "Perf Reward Opr," "Pilot Bonus," "Pilot Med Reimb," "Regular,"

27   "Reserve Pay," "Taxable Per Diem," "Training Pay," "User Pay," and "Vacation

28   Pay."

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

- 2 -

8.      The existence, custody, maintenance, and production of every type of scheduling record for **CLASS MEMBERS** during the **RELEVANT TIME PERIOD**.

9.      The existence, custody, and maintenance, and production of every type of time record for **CLASS MEMBERS** during the **RELEVANT TIME PERIOD**.

10.     The existence, custody, and maintenance, and production of every type of compensation record for **CLASS MEMBERS** during the **RELEVANT TIME PERIOD**.

11.     The payment of premium wages for non-compliant rest or meal periods during the **RELEVANT TIME PERIOD**.

12.     Whether policies and procedures were the same for **YOUR** Pilots working in all states during the **RELEVANT TIME PERIOD**.

13.     Whether there were any policies or procedures that applied only to California-based Pilots during the **RELEVANT TIME PERIOD**.


COHELAN KHOURY & SINGER


Dated: September 27, 2022          By: _____

Jeff Geraci, Esq.
Rosemary C. Khoury, Esq.
Attorneys for Plaintiff Gregory Horowitz, on behalf of himself and all others similarly situated and aggrieved

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

## PROOF OF SERVICE

*Horowitz c. Skywest Airlines, Inc.*

U.S.D.C. Case No. 21-CV-04674-MMC

I, Amber Worden, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite 200, San Diego, California 92101.

On September 27, 2022, I instituted service of the forgoing document(s) described as:

*AMENDED* **NOTICE OF VIDEOCONFERENCE DEPOSITION OF DEFENDANT SKYWEST AIRLINES, INC.**

on the following parties:

| **Counsel for Defendant** | **Counsel for Defendant** |
|---|---|
| Amanda C. Sommerfeld, Esq. | Patricia T. Stambelos, Esq. |
| Amanda W. Molinari, Esq. | STAMBELOS LAW OFFICE |
| JONES DAY | 543 Country Club Drive, Suite B209 |
| 555 South Flower Street, Fiftieth Floor | Simi Valley, CA 93065 |
| Los Angeles, CA 90071-2300 | patricia@patriciastambelos.com |
| asommerfeld@jonesday.com | |
| amolinari@jonesday.com | |

in the manner described below:

**[XX]   BY EMAIL:** Pursuant to an agreement between the Parties, I transmitted the foregoing document(s) electronically via the email addresses listed above.

**[XX]   FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed on September 27, 2022, at San Diego, California.

_____
Amber Worden

# EXHIBIT 2



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO


GREGORY HOROWITZ, on behalf )

of himself and all others   )

similarly situated,         )

          Plaintiff,        )

          vs.               ) No. 21-CV-04674-MMC

SKYWEST AIRLINES, INC., a    )

Utah Corporation; and DOES   )

1 through 10, inclusive,     )

          Defendants.        )

_____ )


ZOOM DEPOSITION OF PERSON MOST KNOWLEDGEABLE AT SKYWEST

AIRLINES, INC., STEVE SPAGNOLO

CONDUCTED REMOTELY

October 4, 2022


Reported by:  Mark R. Dahlberg, CSR No. 8487

Steve Spagnolo, 10/4/2022

1   review it and make changes if you like.  I have to tell

2   you that if you make changes from today while you're

3   under oath and you change "yes" to "no" or something

4   like that, I would be able to comment on that and that

5   could affect your credibility negatively.

6           Do you understand that?

7   A.  Yes, I do.

8   Q.  Let me show you what we're going to mark as

9   Exhibit 1 to your deposition.

10          (Deposition Exhibit 1 was marked for

11          identification.)

12          MR. GERACI:  And Counsel, I'm just dragging

13  these over into the chat and then everybody can open

14  them up.

15          MS. SOMMERFELD:  Do you know how to open your

16  chat on the Zoom meeting?

17          MR. GERACI:  And feel free to take a minute, if

18  you need to show...

19          MS. SOMMERFELD:  Yeah, let me help him out with

20  it.

21          MR. GERACI:  Okay.  We can go off the record.

22          (Recess taken from

23          9:46 a.m. to 9:50 a.m.)

24  BY MR. GERACI:

25  Q.  Mr. Spagnolo, if you can take a look at what's

**9**

Steve Spagnolo, 10/4/2022

1   marked as Exhibit 1, which is the amended notice of

2   deposition for today.

3           Have you seen this document or perhaps this

4   document with a different date on it?

5       A.  Yes, I have.

6       Q.  When did you learn you would be testifying on

7   behalf of SkyWest?

8       A.  I'd say roughly about a month ago.

9       Q.  And I'm going to go ahead and mark as Exhibit

10  2, the objections that have been served, just for the

11  completeness of the record.

12          You don't actually need to look at that,

13  Mr. Spagnolo.  I'm going to ask you about the topics

14  you're going to testify about today.

15          (Deposition Exhibit 2 was marked for

16          identification.)

17  BY MR. GERACI:

18      Q.  So if you could go through Exhibit 1, and I

19  would say to shortcut it somewhat, my understanding,

20  based on the objections that were served before today's

21  deposition, is that of the 13 categories that are listed

22  here, you are going to testify about 12 of them, with

23  the exception of paragraph -- excuse me, topic No. 11,

24  which the objection stated there would not be a witness

25  produced to testify.

**10**

Steve Spagnolo, 10/4/2022

1          Do you know if that's correct?
2     A.   Yes, that sounds correct.
3     Q.   Okay.  So -- and topic No. 11 has to do with
4  the payment of premium wages for noncompliant rest or
5  meal periods.  And based on the objection, I understand
6  a witness is not being produced on behalf of the company
7  to testify about that.
8          But as to the other 12 topics, and, you know,
9  take a moment to look at them and we can go through them
10 one by one if you like, but perhaps to save time, I just
11 need to confirm that you understand you are testifying
12 on behalf of SkyWest today in the deposition as to those
13 topics.
14    A.   Yes.  There's one that I wouldn't be able to
15 fully testify to.
16    Q.   What one is that?
17    A.   No. 5.
18    Q.   Okay.  And that relates to compensation, and
19 you're going to -- you are able to testify about some of
20 them, but what part of that are you feeling like you
21 cannot -- well, let me ask you a different way.
22         Are you saying that there is someone else that
23 would provide better testimony than you about that?  Is
24 that what you think?
25         MS. SOMMERFELD:  Counsel, would you like me to

Steve Spagnolo, 10/4/2022

1      A.  I report to Anita Spencer.

2      Q.  **What's Ms. Spencer's position?**

3      A.  She is director of crew support.

4      Q.  **When SkyWest uses the term "crew support," what**
5  **does that mean?**

6      A.  When we use "crew support," we are the -- in
7  other airlines, they tend to call it crew scheduling.
8  The -- we schedule the flight crews, pilots, flight
9  attendants, and we are kind of their support system, as
10 well, while they're out on the line.  So we assist them
11 with questions they have, help with hotel issues or
12 things of that nature.

13     Q.  **And how long have you held that position at**
14 **SkyWest?**

15     A.  I've been in this position for five years now.

16     Q.  **So since about 2017.**

17     A.  Correct.

18     Q.  **So which reminds me to tell you that the time**
19 **period that I'm going to be asking you questions about**
20 **is, generally, unless I indicate otherwise, March 22nd,**
21 **2017, to the present.  That's the time frame that we're**
22 **concerned with in this lawsuit; and so if I ask you**
23 **about a policy or practice or some other topic that's in**
24 **the notice, that's the period of time I'm asking about.**

25         **If I want to ask you about something that**

**13**

Steve Spagnolo, 10/4/2022

1  happened earlier in time, I'll let you know.

2         Is that clear?

3    A.  (Witness nods head.)

4    Q.  And I neglected one of the most important

5  admonitions.  It's important that both of us not only

6  speak loudly when we speak so the court reporter can

7  hear us, but we can't nod our heads or shake our heads

8  as we might if we were together in a conversation.  We

9  need to say "yes" or "no" or give some other kind of

10  oral response so that the court reporter can take that

11  down.

12         Do you understand what I'm talking about?

13    A.  Yes, I do.

14    Q.  And so was the answer to my question that

15  you'll understand that if I ask you a question that's

16  concerning the period March 22nd, 2017, through the

17  present.

18    A.  Yes, I understand.

19    Q.  Throughout the deposition, I'm not going to be

20  asking you any questions about what a lawyer said to you

21  or that you said to a lawyer, that would be covered by

22  attorney-client privilege, but -- so when I ask you a

23  question about conversations, I'm not asking about that.

24         So have you spoken to anybody to prepare for

25  today's deposition?

**14**

Steve Spagnolo, 10/4/2022

1    anything else to prepare for today's deposition?

2          For example, did you review any documents to

3    refresh your memory?

4          A.   I read through the notice of deposition that we

5    discussed earlier; the topics.

6          Q.   Anything else besides that?

7          A.   No.

8          Q.   So the first topic in the depo notice has to do

9    with duties of class members, and the class members are

10   defined as California-based pilots.

11         Do you understand that?

12         A.   Yes.

13         Q.   Does SkyWest have pilots that are based not in

14   California?

15         A.   Yes, they do.

16         Q.   But there are a group of pilots that SkyWest

17   identifies as California-based pilots, correct?

18         A.   Yes, that's correct.

19         Q.   One of the indications of that is in certain

20   SkyWest documents it refers to pilots being domiciled at

21   a particular airport.

22         Is that correct?

23         MS. SOMMERFELD:  Vague and ambiguous.

24         THE WITNESS:  Yes, correct.

25   BY MR. GERACI:

**16**

Steve Spagnolo, 10/4/2022

1    Q.  My understanding, based on the Answers to
2    Interrogatories, is that there are five different places
3    where pilots might be domiciled who are California-based
4    pilots for SkyWest.
5         Does that sound correct?  And I --  go ahead.
6    A.  Can you clarify.  Do you mean like currently?
7    Q.  Well, during the period of time that we're
8    talking about, March 22nd, 2017, my understanding is
9    that -- and you can clarify if that's changed -- that
10   pilots have been based or domiciled in Fresno, Los
11   Angeles, Palm Springs, San Diego, and San Francisco.
12        Has that changed at all?
13   A.  No, I don't believe so.  I think those are all
14   correct.
15   Q.  And how would you describe the duties of the
16   California-based pilots?
17        MS. SOMMERFELD:  Overbroad.
18        THE WITNESS:  Pilots are hired to fly the
19   aircraft on the specific schedules that they're given.
20   BY MR. GERACI:
21   Q.  Is there any other way that you would describe
22   their duties, other than that?
23        MS. SOMMERFELD:  Overbroad.
24        THE WITNESS:  That's my understanding of what
25   they're hired to do.

Steve Spagnolo, 10/4/2022

1    BY MR. GERACI:

2        Q.  When you said that you support crew members,

3    that includes pilots, correct?

4        A.  Yes, that's correct.

5        Q.  So as a pilot, what kinds of things could I

6    seek support from you about?

7        A.  I mentioned earlier you may have a question

8    regarding a policy; you may have a question regarding

9    your schedule, your specific schedule.  We assist them

10   with making sure they have their accommodations and

11   transportation.  We assist them with being able to

12   adjust their schedule, trip trade.  We help grant

13   vacation time.  So the examples.

14       Q.  Okay.  So part of what you do for pilots is to

15   read and interpret the pilot policy manual for them?

16           MS. SOMMERFELD:  Overbroad, vague and

17   ambiguous.

18           THE WITNESS:  We help them to understand, yes,

19   the contract.

20   BY MR. GERACI:

21       Q.  When you say "contract," are you using that

22   interchangeably with "pilot policy manual"?

23       A.  Yes, that's correct.  Our pilot policy manual

24   is our contract.

25       Q.  So if I use the term "pilot policy manual,"

**18**

Steve Spagnolo, 10/4/2022

1    you'll understand what I'm talking about?

2          A.   Yes.

3          Q.   As part of the support that you provide, have

4    you ever been asked to explain the wage statements that

5    SkyWest issues to pilots?

6          A.   I'm sorry, can you repeat the question, please?

7          Q.   Have you ever been asked by a pilot to explain

8    the wage statements that SkyWest issues?

9          A.   I can't recall ever having to explain the wage

10   statement to a pilot, no.

11         Q.   Is there a document that you consider to be the

12   wage statement that SkyWest pilots are issued?

13         A.   Can you -- can you rephrase that question?

14         Q.   Sure.  We've both been using the term "wage

15   statement," and I want to know what do you consider to

16   be the wage statement that SkyWest issues to pilots?

17              MS. SOMMERFELD:  I'm just going to object that

18   it may call for attorney-client privileged

19   communications.  If you understand the question, you can

20   answer it.

21              THE WITNESS:  So, yes.  The wage statement...

22   Sorry.  I'm going to have to ask you to repeat the

23   question one more time, just to make sure I respond

24   correctly.

25   ////

**19**

Steve Spagnolo, 10/4/2022

1    BY MR. GERACI:

2        Q.   No, we can break it down to make it easier.   I

3    was going to ask you more in detail related to another

4    topic, but we can cover some of it now.

5             Obviously, like all the employees at SkyWest,

6    people who fly the planes get paid.  And in addition to

7    generally directly depositing money into a bank account,

8    does SkyWest issue anything in writing that explains

9    what these pilots have been paid?

10       A.   Yes, we do.

11       Q.   What documents -- you can give me a list, but

12   what documents show what pilots are being paid?

13           MS. SOMMERFELD:  Vague and ambiguous as to

14   "documents."  Jeff, are you including electronic

15   documents in that question?

16           MR. GERACI:  Yes.

17           THE WITNESS:  So they are given a wage

18   statement which has their credit hours, it has their

19   different deductions, it includes their per diem,

20   insurance, 401(K) sort of thing, those benefits; so it

21   does breakdown those different categories.

22           The pilots also have a -- electronically they

23   can look at what's called a Crew Pay tab, which stores

24   their credit hours for the bid period.

25   BY MR. GERACI:

**20**

Steve Spagnolo, 10/4/2022

1    Q.  Anything else?

2    A.  That's all I can think of at this time.

3    Q.  Okay.  You referred to an electronic document.

4        Is that to indicate that there is a paper

5    document that pilots are given in some way?

6        MS. SOMMERFELD:  Vague and ambiguous,

7    overbroad.

8        THE WITNESS:  My understanding is the wage

9    statements are electronic as well.

10   BY MR. GERACI:

11   Q.  Are they electronic as well, or are they only

12   electronic?

13       MS. SOMMERFELD:  Overbroad.

14       THE WITNESS:  To my knowledge, they're only

15   electronic.

16   BY MR. GERACI:

17   Q.  And I don't imagine that the document you're

18   referring to has the title across it "wage statement."

19       Do you know how it's titled, or can you

20   describe it in any way?

21   A.  Honestly, without it in front of me, I don't

22   know what specifically it's titled.

23   Q.  When you referred to the Crew Pay tab, where

24   does a pilot find that?

25   A.  So on SkyWest Online, which is our company

Steve Spagnolo, 10/4/2022

1    would, Jeff.

2        MR. GERACI:  Yeah, of course.  Go ahead.

3        (Pause.)

4        MS. SOMMERFELD:  This is taking some extra

5    steps.  We actually have to download it and then it

6    shows somewhere else on the computer and we've got to go

7    find it, so...  It doesn't just automatically open for

8    us for some strange reason.

9        MR. GERACI:  Can we go off the record for a

10   minute.

11       MS. SOMMERFELD:  Yeah.  I think we better.

12   Thank you.

13       (Recess taken from

14       10:18 a.m. to 10:27 a.m.)

15   BY MR. GERACI:

16   Q.  Back on the record.

17       Before we broke, Mr. Spagnolo, I was saying

18   this is an excerpt from a pilot policy manual.

19       Does this look familiar to you, generally?

20   A.  Yes, it does.

21   Q.  And because these are really large documents

22   and I prefer not to attach, you know, 300 pages, even

23   electronically, of something, I will just try to quickly

24   go through and identify the pages that are marked.  And

25   these are the SkyWest bates numbers 424, 496, 776, 777,

24

Steve Spagnolo, 10/4/2022

1    788, 789, 792, 793, 957, 995, 1002 through 1004.

2              And I'm going to ask you a few questions about

3    some of these practices.

4              And just generally, it appears to me that the

5    issues that we're discussing in terms of these

6    categories that you're asked to testify about, the

7    policies in the pilot policy manual don't seem to have

8    changed during the class period.

9              Does that seem correct to you?

10        A.   I would have to double-check each revision

11   date, but generally I don't believe they have changed.

12        Q.   Okay.  Well, I did spend quite a bit of time

13   looking at the numerous revisions, and that's how it

14   appeared to me, so I wanted to avoid attaching,

15   especially in light of our challenges, attaching every

16   revision, of which there are at least a dozen.  So I

17   hope to avoid that, if possible.

18        A.   Yeah.  We did just update to a new revision,

19   revision 10, just recently.

20        Q.   Okay.  I will look at a break and see if I have

21   that, and verify.  I believe it's been produced if it

22   was created within the last six months or so.

23              If I could have you flip through -- are you

24   able to scroll down to the pages?

25        A.   Yes, I can.

**25**

Steve Spagnolo, 10/4/2022

1  their specific pay rate.  Pay rates.  Based on the

2  credit hours that they accrue.

3      Q.  So during that class period, pilots weren't

4  paid on actual hours worked, but were paid on credit?

5          MS. SOMMERFELD:  Overbroad, calls for a legal

6  conclusion.

7          THE WITNESS:  Can you clarify what you mean by

8  "actual."

9  BY MR. GERACI:

10     Q.  Yeah.  In fact, let me ask you some questions

11 about another topic that you're designated to testify

12 about, and that's timekeeping.

13         Do you understand how pilots have kept their

14 time during the class period?

15         MS. SOMMERFELD:  Lacks foundation, overbroad,

16 assumes facts not in evidence.

17         THE WITNESS:  Can you clarify what you mean by

18 how they keep their time?

19 BY MR. GERACI:

20     Q.  How does -- well, let me ask you:  Does SkyWest

21 keep track of the time that pilots work?

22     A.  SkyWest keeps track of all duty and rest for

23 each pilot.

24     Q.  Did you say "rest"?

25     A.  Rest, yes, correct.

Steve Spagnolo, 10/4/2022

1    Q.  When you use the term "rest," what do you mean?

2    A.  Rest as required by the Federal Aviation

3  Regulations.

4    Q.  And when you say "duty," what do you mean?

5    A.  Duty would be their scheduled report time until

6  their release time in a duty day.

7    Q.  It is correct that pilots, during the class

8  period, have not been paid based on their scheduled

9  report time through their release time, correct?

10         MS. SOMMERFELD:  Argumentative, assumes facts

11  not in evidence.  Also overbroad.

12         THE WITNESS:  No, that's incorrect.

13  BY MR. GERACI:

14    Q.  Is it your testimony that if we look at a

15  pilot's reporting time and then the time that they

16  clocked out or were released, that they would be paid

17  for every minute of that time?

18         MS. SOMMERFELD:  Argumentative.

19         THE WITNESS:  So pilot pay is based on a number

20  of factors.  There's different formulas, and that is one

21  of the formulas that is considered, is their report for

22  duty time to their release from duty time.

23  BY MR. GERACI:

24    Q.  Well, let's talk about the different formulas

25  and let's take what you just said as one formula.  And

Steve Spagnolo, 10/4/2022

1  like that?

2        A.  Yes.  It's commonly referred to as a duty rig.

3        Q.  I'm sorry, the duty what?

4        A.  Rig.

5        Q.  Are you saying "reg," r-e-g?

6        A.  R-i-g.

7        Q.  Oh, duty rig.

8        A.  Rig.  Yes.

9        Q.  And can you tell me the other formulas and what

10  you call them?

11       A.  Yes.  So one -- one way is the minimum daily

12  guarantee, which pays four hours and 12 minutes minimum.

13  Another one is based off of pilots' block time, which

14  looks at both the historical block time and the actual

15  block time, and calculates the greater of those two, and

16  then it looks at duty time for the duty rig, which also

17  includes premium pay.

18            So report to release, up to 12 hours, it pays

19  one credit hour for every two hours of duty scheduled,

20  and then on the premium pay, it pays one to one.  So

21  every -- every minute after 12 hours pays one to one.

22  So for example, if you had a 13-hour duty day, the first

23  12 hours pays six, that last hour pays an additional

24  credit.  So it would be seven hours.

25       Q.  You were --

Steve Spagnolo, 10/4/2022

1    A.   And --

2    Q.   On, go ahead.

3    A.   Sorry.  So there is the minimum daily guarantee

4    block duty, and then there's also the potential for what

5    we call a trip rig pay, which that pay is based on the

6    report for the trip until the very last day of the trip,

7    their release from the trip, and it pays on a formula of

8    for every hour that you're away from base, it pays --

9    for every four hours it pays one hour of credit.  So the

10   trip rig would apply if the daily credits totaled up

11   were less than the trip rig credit of the entire

12   pairing.

13   Q.   If I'm -- and that was very complete, but I

14   want to ask you, it sounded as if what you were

15   describing is that there is the duty rig, as one kind of

16   pay formula, and the minimum daily guarantee as another

17   pay formula, and then the block time has a formula, and

18   then there are other things that are compared to the

19   block time and if they -- and based on that

20   relationship, there's some pay calculated.  Is that

21   correct?

22        MS. SOMMERFELD:  Misstates prior testimony.

23        THE WITNESS:  So on a daily basis, it's going

24   to pay the greater of those formulas.  So either the

25   minimum daily guarantee or the block time, or the half

Steve Spagnolo, 10/4/2022

1   either way.  So 15 minutes after the arrival of the

2   deadhead or 15 minutes after the block end time.

3        **Q.  Okay.**

4        A.  So no distinction.

5        **Q.  When pilots are flying for SkyWest, does**

6   **SkyWest require there to be two pilots on a flight deck**

7   **at the same time?**

8        A.  Yes.

9        **Q.  My understanding is that SkyWest policy only**

10  **allows pilots to leave to go to the bathroom, and then**

11  **when that occurs, that a flight attendant goes and sits**

12  **in that pilot's seat during the time while the pilot is**

13  **off the flight deck.  Is that correct?**

14       A.  Are you talking about when a flight is in

15  route, or when -- at what point of the flight are you

16  talking about?

17       **Q.  In the air.**

18       A.  Yes, that's my understanding.

19       **Q.  Do the duties of pilots require or limit the**

20  **amount of time that they can be off the flight deck and**

21  **using the restroom, for example?**

22       A.  Can you rephrase that again?

23       **Q.  I'm just asking if you're aware, in terms of**

24  **duties of pilots, if there's any written policy that**

25  **talks about amounts of time that they can be out of**

Steve Spagnolo, 10/4/2022

1   the -- or off the flight deck?

2       A.  Not that I'm aware of.

3       Q.  Are you aware of whether SkyWest has ever

4   assigned extra pilots on a flight in order to allow

5   pilots to take meal or rest breaks?

6       A.  Not to my knowledge.  That's never happened.

7       Q.  Are you aware of whether or not SkyWest has

8   staffed additional flight attendants on flights to allow

9   flight attendants to take meal or rest breaks?

10          MS. SOMMERFELD:  Outside the scope of the

11  30(b)(6) designation, lacks foundation.

12          THE WITNESS:  Not to my knowledge they've never

13  done that.

14  BY MR. GERACI:

15      Q.  Are you aware of whether SkyWest has ever

16  staffed additional flight attendants in order to allow

17  pilots to leave the flight deck in order to take a meal

18  or rest break?

19      A.  No, I'm not aware of that ever occurring.

20      Q.  Are you aware of any SkyWest written policy

21  that would preclude SkyWest from staffing additional

22  flight attendants to allow pilots to leave the flight

23  deck for a meal or rest break?

24      A.  I'm not aware of any policies, no.

25      Q.  You described some of the pay formulas for me

**52**

Steve Spagnolo, 10/4/2022

1    BY MR. GERACI:

2        Q.  If the pilot's rate is $50.  You've testified

3    very clearly that they could fly under circumstances

4    where the, you know, the airline needs pilots to fly

5    particular routes and so they will pay an additional

6    percentage to that pilot.

7            I'm asking if the pilot has other earnings,

8    like a bonus, for example, does that ever affect their

9    rate?  Does it ever go up from, in this example, $50,

10   based on the amount of money that was paid to them as

11   this additional compensation?

12       A.  So I don't -- I want to make sure I understand.

13   But I don't think their rate changes.  There's not

14   something that would cause the rate to change

15   necessarily.

16           There is one other incentive that I'm

17   remembering now, too, that we haven't discussed, which

18   is when a pilot bids for and flies over 87 hours, there

19   is a 30 percent incentive on the hours over 87.  I'm not

20   sure if I'm answering your question correctly, but I --

21   there's not anything else that I understand that would

22   like -- something else that would cause the rate to

23   change, other than the incentives that were discussed.

24       Q.  Okay.  Perfect.  Has there been any period of

25   time during -- in the class period, in which pilots used

**59**

Steve Spagnolo, 10/4/2022

1  cellphones to communicate with the company?

2           MS. SOMMERFELD:  Overbroad.

3           THE WITNESS:  Yes, I believe pilots have used

4  cellphones to communicate.

5  BY MR. GERACI:

6       Q.  Has there been any period of time in which the

7  company has reimbursed pilots for the use of cellphones?

8       A.  There are some specific pilots that have been

9  reimbursed for cellphone expenses.  Those are typically

10 like in a leadership or management position, where

11 they're required to be available for -- like a manager

12 on duty assignment or something of that sort.

13      Q.  Is that policy to reimburse those specific

14 positions, is that reflected in a document anywhere,

15 that you're aware of?

16      A.  Not -- no, not that I can think of or know off

17 the top of my head.

18      Q.  Do you know when the reimbursement or these

19 specific positions started?

20      A.  No, I don't know.

21      Q.  Do you -- are you aware that at one point it

22 appears that it was -- they were being reimbursed at a

23 rate of $30 a month or a pay period, and then later it

24 was $55, I believe?

25      A.  Not to my knowledge, I haven't known the

**60**

Steve Spagnolo, 10/4/2022

1    different rates.

2        Q.  **When you say that the positions that are being**

3    **reimbursed, there are a few specific positions, are you**

4    **able to estimate like what percentage that represents of**

5    **all the California-based pilots?**

6        A.  Honestly, I couldn't give you a good estimate

7    of a percentage.

8        Q.  **These positions that you described as being in**

9    **leadership, do you have an idea of the titles?**

10       A.  Yeah.  Generally speaking that would be like a

11   chief pilot or an assistant chief pilot.  I'm unsure of

12   some of the other titles, but like training -- like

13   someone over the training department.  So there may be a

14   technical MOD.  So if a pilot has a specific technical

15   question in regards to training, that training manager

16   would be available to help answer the question.  So that

17   would be the type of position that would have the

18   cellphone.

19       Q.  **At any one time, how many chief pilots does**

20   **SkyWest have?**

21       A.  That depends.  It has varied over the years.

22   I'm trying to think off the top of my head.  I don't

23   know how many are currently.  It's roughly...  I think

24   right now there's roughly five chief pilots; five or

25   six.

**61**

Steve Spagnolo, 10/4/2022

1      Q.  Okay.  And assistants, are you able to estimate
2    that?  Just roughly.
3      A.  Roughly the same amount.  There might be a
4    couple more assistants.
5      Q.  Any estimate of those people that you thought
6    that might be included who were in training?
7      A.  I wouldn't be able to give a good estimate,
8    honestly.
9            MR. GERACI:  Let's go off the record for a
10   minute.
11           MS. SOMMERFELD:  Okay.
12               (Recess taken from
13               12:01 p.m. to 12:38 p.m.)
14   BY MR. GERACI:
15     Q.  Let's go back on the record.
16           Mr. Spagnolo, I understand after our lunch
17   break you have some clarification you want to make to
18   your earlier testimony.  Please go ahead.
19     A.  Yes.  So in regard to the question on the end
20   of duty time being 15 minutes after block end or
21   deadhead, there are some scenarios where that could be
22   extended on their duty.
23           For example, in our schedule for a flight that
24   isn't a SkyWest flight, if a crew member or pilot is
25   deadheading on like a mainline flight, we only have the

**62**

Steve Spagnolo, 10/4/2022

1    and what each one pays, so apply the greater of these.

2    It's much more complex than that.

3          So they do have to look at each one of those

4    individually and still make the correct computation to

5    apply the correct policy.

6          That answer your question?

7    Q.  Yes.  In part.

8          You've said a couple of times, it sounds to me

9    like "half of duty."

10          Is it correct that the formula is half of the

11    duty pay, if that exceeds the block time, then you'd get

12    the duty pay?

13    A.  Can you repeat that question?  I'm sorry.

14    Q.  Maybe a simpler question is:  You've said

15    something at least twice that sounds to me like you're

16    saying "half of duty."  Am I hearing you correctly?

17    A.  Yes.

18    Q.  And when you say that, what is it that you

19    mean?  It sounds like you're saying if you -- if you

20    compare half of the duty time and half of the duty time

21    is greater than the block time, then the pilot would

22    receive pay for the duty time.  Is that correct?

23    A.  So what I'm referring to is, one of the

24    formulas is the duty calculation, and when I say "half

25    of duty," for every two hours of duty they get one our

**71**

Steve Spagnolo, 10/4/2022

1    of credit, which is I guess another way of saying "half
2    of duty."
3            So if your duty day was 12 hours, half that
4    duty would be six hours of credit.  For every two hours
5    on duty, it's one hour of credit.
6        Q.  Can you go to the last page of what's been
7    marked as Exhibit 5.  Oh, I'm sorry, that's not the page
8    I want you to be on.
9            I want to ask about some of these earnings
10   codes, and I agree with you, I'm not sure that they all
11   appear on wage statements, but I don't believe the wage
12   statements were produced in the case.  I think this is
13   the closest we have to what reflects what people get
14   paid.  And so I'm -- I have a few of them, which I can
15   show you, and you can tell me if that represents a wage
16   statement.
17           But the reason I was hoping to ask you is I
18   don't think -- I don't know if there -- clearly these
19   reflect things that people are being paid, I just don't
20   know if there's anyplace else that shows that.  I guess
21   that's my question.
22           Are you -- there's two -- I guess there's at
23   least two documents, maybe more, that you're aware of,
24   that reflect what pilots are being paid.  The payroll
25   register that we've been looking at, and the wage

Peterson Reporting Video & Litigation Services

Steve Spagnolo, 10/4/2022

1    is.

2         Q.  Your understanding of pairing codes though is

3    that pairing codes are always -- always reflect the

4    domicile?  Well, let me back up.

5              Is the first -- is the letter, the first

6    character of the pairing code, is that the nature of the

7    flight or the domicile?  I was confused by what you

8    said.

9         A.  It is generally where the pairing itself is

10   built or originates from, domicile, in which the pairing

11   originates from.

12        Q.  And then the next character is a letter, and

13   that indicates a type of aircraft that they're scheduled

14   to fly.  Is that correct?

15             MS. SOMMERFELD:  Misstates the document and

16   prior testimony.

17             THE WITNESS:  The second one's a number, but

18   the number indicates the aircraft type.

19   BY MR. GERACI:

20        Q.  Okay.  And when you say "built," it's correct

21   that SkyWest builds all the flight schedules to comply

22   with the FAA requirements, correct?

23             MS. SOMMERFELD:  Misstates prior testimony,

24   vague and ambiguous.

25             THE WITNESS:  Yes.  We build pairings within

**91**

Steve Spagnolo, 10/4/2022

1    the FARs, Federal Aviation Regulations.

2    BY MR. GERACI:

3        Q.  During the class period, no flight pairings

4    have been built to comply with California law, correct?

5            MS. SOMMERFELD:  Vague and ambiguous, lacks

6    foundation, outside the scope of the 30(b)(6)

7    designation.

8            THE WITNESS:  Not that I'm aware of, that we've

9    built specific to California law.

10   BY MR. GERACI:

11       Q.  Let me show you what we'll mark as Exhibit 12.

12           (Deposition Exhibit 12 was marked for

13           identification.)

14   BY MR. GERACI:

15       Q.  And this was stamped 1234 and titled California

16   Pilots Non Fly.

17           And I believe we looked at a document earlier

18   that had this information.  In this particular document

19   it has "aircraft," but then there are codes for that

20   aircraft, like ER7, CRJ and so on.  And those indicate a

21   particular aircraft with a particular mainline carrier,

22   correct?

23           MS. SOMMERFELD:  Lacks foundation as to the

24   document.

25           THE WITNESS:  ER7 is a particular code for

92

Steve Spagnolo, 10/4/2022

1  page?

2          MR. GERACI:  Yeah, or for any of those.  I

3  understand you would have to go to another document, but

4  are you saying I would go from this document and I could

5  look at a wage statement and I would be able to match up

6  something that would say "processed credit," and I'd be

7  able to confirm in fact I'd been paid for 33 hours and

8  36 minutes of credit?

9          THE WITNESS:  I don't believe it says

10  "processed credit" on the wage statement, but there is a

11  credit column in the wage statement that should match

12  what is showing here as processed credit.

13  BY MR. GERACI:

14      Q.  Okay.  Let me show you what we'll mark as

15  Exhibit 18.  And these are the only things that I've --

16  these were not produced by SkyWest, but were produced in

17  this case by Mr. Horowitz.  They're stamped plaintiff

18  229 through plaintiff 234.

19          (Deposition Exhibit 18 was marked for

20          identification.)

21  BY MR. GERACI:

22      Q.  And just take a look and let me ask you some

23  questions about this.

24      A.  Okay.

25      Q.  What is this?

**104**

Steve Spagnolo, 10/4/2022

1       A.   This is a wage statement.

2       Q.   Okay.

3       A.   Sorry, can we go back just a second?

4            I mentioned earlier that the wage statement's

5  just shown electronically.  Majority of pilots receive

6  theirs electronically.  There is a small minority that

7  if they have a paper check, there would be a paper wage

8  statement that went along with it.  To clarify that.

9       Q.   Okay.  This appears to be an electronic wage

10  statement.  I'm not sure, because we're looking at it in

11  the form we are, but are you able to tell the

12  difference?

13      A.   To my knowledge, they look the same, so I

14  couldn't tell you if this was a electronic copy or a

15  scanned, printed copy.

16      Q.   Okay.  The first page is for a period of time

17  December 16, 2019, through December 31st, 2019.  And it

18  says "pay group flight."

19           Does that refresh your recollection that there

20  is a pay group at SkyWest referred to as "flight"?

21      A.   I believe it means flight operations.  I don't

22  know that for sure.

23      Q.   Okay.  Do you see the reference to "business

24  unit" there?

25      A.   Yes.

**105**

Steve Spagnolo, 10/4/2022

1    A.   That's correct.  These are two different pay
2  periods.
3    **Q.   So is that one of the ways that you can tell**
4  **that this is a -- these were issued electronically?**
5    A.   No, I don't believe that determines whether
6  they were electronic or not.  The advice date is the
7  payment date.  So the first pay period of the 1st
8  through the 15th is paid out on the 22nd, generally, and
9  then the second pay period, the 16th through the end of
10  the month, is paid out on the 7th of the following
11  month, generally.
12    **Q.   Can you show me on the wage statement where the**
13  **pilot is credited with any credits?**
14    A.   Yes.  In the "hours," that is credit hours.
15    **Q.   Okay.**
16    A.   Under the "hours."  Hours and earnings.
17  Description: Hours.
18    **Q.   Okay.  So it doesn't say "credit," but when it**
19  **says "hours," that means credit hours?**
20    A.   Correct.
21    Q.   Okay.  If we go to the second page, which is
22  stamped 230, I'm looking at the left hand column, the
23  description of the compensation, "holiday pay" seems
24  explanatory.
25          Does it have the usual meaning for SkyWest?

**107**

Steve Spagnolo, 10/4/2022

1          MS. SOMMERFELD:  Okay.

2               (Recess taken from

3               2:34 p.m. to 2:48 p.m.)

4     BY MR. GERACI:

5       Q.  Mr. Spagnolo, I asked earlier whether an

6     exhibit I showed you that had company policy about meal

7     and rest periods applied to pilots, and you said no,

8     it's just the pilot policy manual.

9               It's correct that there are no provisions to

10    provide meal and rest periods under California law for

11    pilots, correct?

12              MS. SOMMERFELD:  Vague and ambiguous, calls for

13    legal conclusion.

14              THE WITNESS:  I don't believe there's anything

15    about California law in the contract, no.

16    BY MR. GERACI:

17      Q.  Well, without any reference to California law,

18    there's nothing in the pilot policy manual, that you're

19    aware of, or any other document at SkyWest, that would

20    provide for 30-minute uninterrupted meal breaks starting

21    after the fifth hour of work for pilots during the class

22    period, correct?

23      A.  Right, I don't know of any.

24      Q.  Are you aware of any pilot ever receiving any

25    payment in lieu of getting a meal period?

**112**

Steve Spagnolo, 10/4/2022

1          A.  No, I'm not aware of that.

2          Q.  When pilots are required to attend mandated

3    meetings, they are paid for 50 percent of the time

4    attending such meetings up to a four-hour maximum,

5    correct?

6              MS. SOMMERFELD:  Could the court reporter read

7    that back, please.

8              (Record read aloud.)

9              THE WITNESS:  Typically that's what the

10   contract states.

11   BY MR. GERACI:

12         Q.  Are there any policies or procedures that

13   SkyWest applied only to California-based pilots during

14   the class period?

15         A.  None that I can think of, no.  Oh, sorry.

16   I believe there was a COVID pay that was specific to

17   California.

18         Q.  Do you know for what period of time COVID pay

19   was provided to California pilots?

20         A.  I don't, not off the top of my head.

21         Q.  That has stopped, correct?

22         A.  No, I don't believe so.

23         Q.  And do you know what form the COVID pay takes?

24   I mean, is it an increase of some percentage?  Is it a

25   dollar amount worked per flight?  How is it paid?

**113**

Steve Spagnolo, 10/4/2022

```
1              C E R T I F I C A T E

2

3       I, Mark R. Dahlberg, Certified Shorthand Reporter

4   for the State of California, do hereby certify:

5

6       That the witness in the foregoing deposition was by

7   me duly sworn to testify the truth, the whole truth, and

8   nothing but the truth in the foregoing cause; that the

9   deposition was taken by me in machine shorthand and

10  later transcribed into typewriting, under my direction,

11  and that the foregoing contains a true record of the

12  testimony of the witness.

13

14  Dated:  This 10th day of October, 2022,

15  at San Diego, California.

16

17

18

19

20                    MARK R. DAHLBERG

21                    C.S.R. NO. 8487

22

23

24

25
```

**119**

# EXHIBIT 3


REDACTED

Print

| Pay Group: | FLIGHT | | Business Unit: | SWAIR |
|---|---|---|---|---|
| Pay Begin Date: | 12/16/2019 | | Doc No: | 5067569 |
| Pay End Date: | 12/31/2019 | | Advice Date: | 01/07/2020 |

| Greg D Horowitz | | Employee ID: | 054304 | TAX DATA | Federal | State |
|---|---|---|---|---|---|---|
| | | Group: | FLOPST | Marital Status: | | |
| | | Location: | LAX | Allowances: | | |
| | | Job Title | First Officer ERJ | | | |
| SSN: XXX-XX- | | Pay Rate: | 60.50 Hourly | Addl. Amt: | | |

**HOURS AND EARNINGS**

| | Current | | | QTD | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday Pay | 60.50 | 4.30 | 260.15 | 260.15 | 4.30 | 260.15 | CA Disability Employee | 30.94 | 30.94 |
| Non-Tax Per Diem | | | 207.31 | | | 207.31 | CA State Income Tax | 127.24 | 127.24 |
| Overtime 3 | 69.58 | 21.80 | 1502.82 | 1502.82 | 21.80 | 1502.82 | Employee Medicare | 44.67 | 44.67 |
| Regular | 60.50 | 26.77 | 1619.58 | 1619.58 | 26.77 | 1619.58 | Federal Income Tax | 356.69 | 356.69 |
| | | | | | | | Social Security Employee Tax | 191.69 | 191.69 |
| **Total:** | | 52.87 | 3879.86 | 3382.55 | 52.87 | 3679.86 | **Total** | 751.00 | 751.00 |

| EMPLOYER PAID BENEFITS | | | BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Match | 275.60 | 270.60 | 401(k) | 338.26 | 338.26 | Accident Ins | 12.68 | 12.68 |
| | | | Delta Dental In | 8.88 | 8.88 | AD&D Insura | 1.95 | 1.95 |
| | | | Medical Ins | 274.98 | 274.98 | Critical Illness | 0.65 | 0.65 |
| | | | Vision Insuranc | 4.45 | 4.45 | Critical Illness | 36.50 | 36.50 |
| | | | | | | STD 30+ day | 14.34 | 14.34 |
| | | | | | | Stock Purchase | 169.13 | 169.13 |
| | | | Total | 626.37 | 626.37 | **Total:** | 235.25 | 235.25 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3679.86 | 2756.18 | 751.00 | 986.62 | 2066.64 |
| YTD: | 3679.86 | 2756.18 | 751.00 | 986.62 | 2066.64 |

| USER HOURS | | VACATION HOURS | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|
| Start Balance | 31.78 | Start Balance | 18.65 | | Checking | 2440303685 | 2066.64 |
| + Earned | 2.03 | + Earned | 5.04 | | **Total:** | | 2066.64 |
| - Taken | | - Taken | | | | | |
| **End Balance:** | 33.82 | **End Balance:** | 22.68 | | | | |

---

| Pay Group: | FLIGHT | | Business Unit: | SWAIR |
|---|---|---|---|---|
| Pay Begin Date: | 01/01/2020 | | Doc No: | 5081984 |
| Pay End Date: | 01/15/2020 | | Advice Date: | 01/22/2020 |

| Greg D Horowitz | | Employee ID: | 054304 | TAX DATA | Federal | State |
|---|---|---|---|---|---|---|
| | | Group: | FLOPST | Marital Status: | | |
| | | Location: | LAX | Allowances: | | |
| | | Job Title | First Officer ERJ | | | |
| SSN: XXX-XX- | | Pay Rate: | 61.41 Hourly | Addl. Amt: | | |

**HOURS AND EARNINGS**

| | Current | | | QTD | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday Pay | 61.41 | 4.30 | 264.06 | 524.21 | 8.60 | 524.21 | CA Disability Employee | 17.92 | 48.86 |
| Non-Tax Per Diem | | | 127.50 | | | 434.81 | CA State Income Tax | 33.07 | 160.31 |
| Overtime 3 | | | | 1502.82 | 21.80 | 1502.82 | Employee Medicare | 25.08 | 70.85 |
| Regular | 61.41 | 16.47 | 1011.42 | 2631.00 | 43.24 | 2631.00 | Federal Income Tax | 141.33 | 498.02 |
| Training Pay | 61.41 | 1.50 | 92.12 | 92.12 | 1.50 | 92.12 | Social Security Employee Tax | 111.09 | 302.95 |
| Vacation Pay | 61.41 | 11.60 | 712.36 | 712.36 | 11.60 | 712.36 | | | |
| **Total:** | | 33.87 | 2207.46 | 5462.51 | 86.54 | 5887.32 | **Total** | 329.39 | 1080.99 |

| EMPLOYER PAID BENEFITS | | | BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Match | 166.40 | 437.00 | 401(k) | 208.00 | 546.26 | Accident Ins | 12.68 | 25.36 |
| | | | Delta Dental In | 8.68 | 17.36 | AD&D Insura | 1.95 | 3.90 |
| | | | Medical Ins | 274.98 | 549.96 | Critical Illness | 36.50 | 73.00 |
| | | | Vision Insuranc | 4.45 | 8.90 | Critical Illness | 0.65 | 1.30 |
| | | | | | | STD 30+ day | 15.87 | 30.21 |
| | | | | | | Stock Purchase | 104.00 | 273.13 |
| | | | Total | 496.11 | 1122.48 | **Total:** | 171.55 | 406.90 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2207.46 | 1583.85 | 329.39 | 697.76 | 1210.31 |
| YTD: | 5887.32 | 4340.03 | 1080.99 | 1529.38 | 3276.95 |

| USER HOURS | | VACATION HOURS | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|
| Start Balance | 33.82 | Start Balance | 22.68 | | Checking | 2440303685 | 1210.31 |
| + Earned | 1.50 | + Earned | 1.96 | | **Total:** | | 1210.31 |
| - Taken | | - Taken | 11.60 | | | | |
| **End Balance:** | 35.15 | **End Balance:** | 13.04 | | | | |

PLTF 000229

**REDACTED**

| Pay Group: | FLIGHT | Business Unit: | SWAIR |
|---|---|---|---|
| Pay Begin Date: | 01/16/2020 | Doc No: | 5100321 |
| Pay End Date: | 01/30/2020 | Advice Date: | 02/07/2020 |

| Greg D Horowitz | Employee ID: | 054304 | TAX DATA | Federal | State |
|---|---|---|---|---|---|
| | Group: | FLOPST | Marital Status: | | |
| | Location: | LAX | Allowances: | | |
| | Job Title: | First Officer ERJ | Addl. Amt: | | |
| SSN: XXX-XX- | Pay Rate: | 61.41 Hourly | | | |

**HOURS AND EARNINGS**

| | | Current | | QTD | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday Pay | | | | 524.21 | 8.80 | 524.21 | CA Disability Employee | 29.80 | 76.48 |
| NonTax Per Diem | | | 317.77 | | | 742.58 | CA State Income Tax | 114.91 | 275.22 |
| Overtime 3 | | | | 1502.82 | 21.60 | 1502.82 | Employee Medicare | 42.93 | 113.78 |
| Regular | 61.41 | 48.67 | 3050.25 | 5681.23 | 92.91 | 5681.23 | Federal Income Tax | 350.17 | 826.18 |
| Training Pay | | | | 92.12 | 1.50 | 92.12 | Social Security Employee Tax | 183.55 | 486.50 |
| User Pay | 61.41 | 3.23 | 198.35 | 198.35 | 3.23 | 198.35 | | | |
| Vacation Pay | | | | 712.36 | 11.50 | 712.36 | | | |
| **Total:** | | 52.90 | 3566.35 | 8711.09 | 138.44 | 9453.67 | **Total** | 701.16 | 1762.15 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| 401(k) Match | 258.69 | 896.69 |

**BEFORE TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| 401(k) | 324.46 | 871.12 |
| Delta Dental In | 8.68 | 26.04 |
| Medical Ins | 274.98 | 824.94 |
| Vision Insuranc | 4.43 | 13.35 |
| Total | 612.97 | 1735.45 |

**AFTER TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Accident Ins | 12.68 | 38.04 |
| AD&D Insura | 1.95 | 5.85 |
| Critical Illnes | 0.65 | 1.95 |
| Critical Illnes | 36.50 | 109.50 |
| STD 30 + day | 24.79 | 55.00 |
| Stock Purchase | 162.43 | 435.95 |
| **Total:** | 236.05 | 645.90 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3566.35 | 2835.81 | 701.16 | 851.07 | 2013.22 |
| YTD: | 9453.67 | 6975.64 | 1762.15 | 2381.35 | 5290.17 |

| USER HOURS | | VACATION HOURS | | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| Start Balance | 35.11 | Start Balance | 13.04 | | | Checking | 2440303685 | 2013.22 |
| + Earned | 2.04 | + Earned | 3.65 | | | **Total:** | | 2013.22 |
| - Taken | 3.23 | - Taken | | | | | |
| End Balance: | 33.93 | End Balance: | 16.69 | | | | |

---

| Pay Group: | FLIGHT | Business Unit: | SWAIR |
|---|---|---|---|
| Pay Begin Date: | 02/16/2020 | Doc No: | 5110661 |
| Pay End Date: | 02/15/2020 | Advice Date: | 02/19/2020 |

| | Employee ID: | 054304 | TAX DATA | Federal | State |
|---|---|---|---|---|---|
| | Group: | FLOPST | Marital Status: | | |
| | Location: | LAX | Allowances: | | |
| | Job Title: | First Officer ERJ | Addl. Amt: | | |
| SSN: XXX-XX- | Pay Rate: | 61.41 Hourly | | | |

**HOURS AND EARNINGS**

| | | Current | | QTD | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday Pay | | | | 524.21 | 8.80 | 524.21 | CA Disability Employee | 10.87 | 89.33 |
| NonTax Per Diem | | | | | | 742.58 | CA State Income Tax | 7.74 | 282.96 |
| Overtime 3 | | | | 1502.82 | 21.60 | 1502.82 | Employee Medicare | 15.77 | 129.55 |
| Perf Reward Tim | | | 516.39 | | | 516.39 | Federal Income Tax | 56.71 | 898.90 |
| Perf Reward Opt | | | 577.09 | | | 577.09 | Social Security Employee Tax | 67.42 | 553.92 |
| Regular | | | | 5681.23 | 92.91 | 5681.23 | | | |
| Training Pay | | | | 92.12 | 1.50 | 92.12 | | | |
| User Pay | | | | 198.35 | 3.23 | 198.35 | | | |
| Vacation Pay | | | | 712.36 | 11.50 | 712.36 | | | |
| **Total:** | | | 1087.43 | 8711.09 | 138.44 | 10541.10 | **Total** | 170.51 | 1852.66 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| 401(k) Match | 86.99 | 783.88 |

**BEFORE TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| 401(k) | 108.74 | 979.86 |
| Delta Dental In | | 26.04 |
| Medical Ins | | 824.94 |
| Vision Insuranc | | 13.35 |
| Total | 108.74 | 1844.19 |

**AFTER TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Accident Ins | | 38.04 |
| AD&D Insura | | 5.85 |
| Critical Illnes | | 1.95 |
| Critical Illnes | | 109.50 |
| STD 30+ day | | 55.00 |
| Stock Purchase | | 435.56 |
| **Total:** | | 645.90 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1087.43 | 978.69 | 170.51 | 108.74 | 808.18 |
| YTD: | 10541.10 | 7954.33 | 1852.66 | 2490.29 | 6098.35 |

| USER HOURS | | VACATION HOURS | | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| Start Balance | | Start Balance | | | | Checking | 2440303685 | 808.18 |
| + Earned | | + Earned | | | | **Total:** | | 808.18 |
| - Taken | | - Taken | | | | | |
| End Balance: | | End Balance: | | | | | |

---

| 444 South River Road | Print | Pay Group: | FLIGHT | Business Unit: | SWAIR |
|---|---|---|---|---|---|
| St. George, UT 84790 | | Pay Begin Date: | 01/31/2020 | Doc No: | 5126066 |
| | | Pay End Date: | 02/15/2020 | Advice Date: | 02/21/2020 |

| Greg D Horowitz | Employee ID: | 054304 | TAX DATA | Federal | State |
|---|---|---|---|---|---|
| | Group: | FLOPST | Marital Status: | | |
| | Location: | LAX | Allowances: | | |
| | Job Title: | First Officer ERJ | Addl. Amt: | | |
| SSN: XXX-XX- | Pay Rate: | 61.41 Hourly | | | |

REDACTED

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | | QTD | YTD | | | | |
| Description | Rate | Hours | Earnings | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday Pay | | | | 524.21 | 8.60 | 524.21 | CA Disability Employee | 27.76 | 117.06 |
| NonTax Per Diem | | | 342.07 | | | 1044.65 | CA State Income Tax | 89.80 | 382.76 |
| Overtime 3 | | | | 1502.82 | 21.60 | 1502.82 | Employee Medicare | 40.35 | 159.80 |
| Perf Reward Fix | | | | | | 810.38 | Federal Income Tax | 293.74 | 1190.64 |
| Perf Reward Opr | | | | | | 277.08 | Social Security Employee Tax | 172.14 | 726.08 |
| Regular | 61.41 | 29.55 | 1814.67 | 7495.90 | 122.46 | 7495.90 | | | |
| Taxable PerDiem | | | 21.73 | 21.73 | | 21.73 | | | |
| Training Pay | 61.41 | 20.00 | 1228.20 | 1320.72 | 21.50 | 1320.72 | | | |
| User Pay | | | | 198.35 | 3.23 | 198.35 | | | |
| Vacation Pay | | | | 712.36 | 11.60 | 712.36 | | | |
| Total: | | 49.55 | 3406.67 | 11773.59 | 188.99 | 13847.77 | Total | 623.66 | 2586.35 |

| EMPLOYER PAID BENEFITS | | | BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Match | 245.17 | 1029.05 | 401(k) | 306.46 | 1296.32 | Accident Ins | 12.68 | 50.72 |
| | | | Delta Dental In | 8.68 | 34.72 | AD&D Insur's | 1.95 | 7.80 |
| | | | Medical Ins | 274.99 | 1099.92 | Critical Illnes | 0.65 | 2.60 |
| | | | Vision Insuranc | 4.45 | 17.60 | Critical Illnes | 36.50 | 146.00 |
| | | | | | | STD 30 - day | 25.22 | 79.22 |
| | | | | | | Stock Purchase | 151.23 | 584.79 |
| | | | Total | 594.57 | 2448.76 | Total | 228.23 | 874.13 |

| TOTAL GROSS | | FED TAXABLE GROSS | | TOTAL TAXES | | TOTAL DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|---|
| Current: | 3406.67 | | 2470.03 | | 633.69 | | 622.80 | 1950.18 |
| YTD: | 13847.77 | | 10424.36 | | 2586.35 | | 3312.89 | 8048.53 |

| USER HOURS | | VACATION HOURS | | | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|
| Start Balance | 33.33 | Start Balance | 18.03 | | | | Checking | 2440303885 | 1950.18 |
| + Earned | 1.94 | + Earned | 2.44 | | | | Total | 1950.18 |
| - Taken | | - Taken | | | | | | |
| End Balance: | 35.84 | End Balance: | 18.65 | | | | | |

444 South River Road
SL George, UT 84790    Print

| | | Pay Group: | FLIGHT | | Business Unit: | SWAIR |
|---|---|---|---|---|---|---|
| | | Pay Begin Date: | 03/13/2020 | | Doc No: | 5148539 |
| | | Pay End Date: | 03/13/2020 | | Advice Date: | 03/13/2020 |

| Greg D Horowitz | | Employee ID: | 054304 | | TAX DATA | Federal | State |
|---|---|---|---|---|---|---|---|
| | | Group: | FLOPST | | Marital Status: | | |
| | | Location: | LAX | | Allowances: | | |
| | | Job Title: | First Officer ERJ | | | | |
| SSN: XXX-XX- | | Pay Rate: | 61.41 Hourly | | Addl. Amt: | | |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | | QTD | YTD | | | | |
| Description | Rate | Hours | Earnings | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday Pay | | | | 524.21 | 8.60 | 524.21 | CA Disability Employee | 20.00 | 189.14 |
| NonTax Per Diem | | | | | | 1397.55 | CA State Income Tax | 50.00 | 493.65 |
| Overtime 3 | | | | 1502.82 | 21.60 | 1502.82 | Employee Medicare | 29.67 | 232.23 |
| Perf Reward Fix | | | | | | 810.38 | Federal Income Tax | 173.75 | 1554.68 |
| Perf Reward Opr | | | | | | 277.08 | Social Security Employee Tax | 127.72 | 992.97 |
| Pilot Bonus | | | 2000.00 | | | 2000.97 | | | |
| Pilot Med Reimb | | | | | | 70.00 | | | |
| Regular | | | | 7865.59 | 128.48 | 7865.59 | | | |
| Taxable PerDiem | | | | 35.76 | | 35.76 | | | |
| Training Pay | | | | 3469.67 | 56.50 | 3469.67 | | | |
| User Pay | | | | 198.35 | 3.23 | 198.35 | | | |
| Vacation Pay | | | | 712.36 | 11.60 | 712.36 | | | |
| Total: | | | 2059.97 | 14306.78 | 230.01 | 16823.71 | Total | 402.94 | 3433.65 |

| EMPLOYER PAID BENEFITS | | | BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Match | 154.39 | 1396.50 | 401(k) | 206.00 | 1745.63 | Accident Ins | | 63.40 |
| | | | Delta Dental In | | 43.40 | AD&D Insur's | | 9.75 |
| | | | Medical Ins | | 1374.90 | Critical Illnes | | 3.25 |
| | | | Vision Insuranc | | 22.25 | Critical Illnes | | 182.50 |
| | | | | | | STD 30 - day | | 97.44 |
| | | | | | | Stock Purchase | | 715.44 |
| | | | Total | 206.00 | 3186.18 | Total | | 1071.78 |

| TOTAL GROSS | | FED TAXABLE GROSS | | TOTAL TAXES | | TOTAL DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|---|
| Current: | 2059.97 | | 1853.97 | | 402.84 | | 206.00 | 1451.13 |
| YTD: | 16823.71 | | 14288.98 | | 3433.65 | | 4257.96 | 11232.10 |

| USER HOURS | | VACATION HOURS | | | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|
| Start Balance | | Start Balance | | | | | Checking | 2440300685 | 1451.13 |
| + Earned | | + Earned | | | | | Total | 1451.13 |
| - Taken | | - Taken | | | | | | |
| End Balance: | | End Balance: | | | | | | |

444 South River Road
SL George, UT 84790    Print

| | | Pay Group: | FLIGHT | | Business Unit: | SWAIR |
|---|---|---|---|---|---|---|
| | | Pay Begin Date: | 03/01/2020 | | Doc No: | 5159669 |
| | | Pay End Date: | 03/15/2020 | | Advice Date: | 03/23/2020 |

| Greg D Horowitz | | Employee ID: | 054304 | | TAX DATA | Federal | State |
|---|---|---|---|---|---|---|---|
| | | Group: | FLOPST | | Marital Status: | S | S |
| | | Location: | LAX | | Allowances: | 1 | 1 |
| | | Job Title: | Captain ERJ | | | | |
| SSN: XXX-XX- | | Pay Rate: | 109.26 Hourly | | Addl. Amt: | | |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | | QTD | YTD | | | | |
| Description | Rate | Hours | Earnings | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday Pay | | | | 524.21 | 8.60 | 524.21 | CA Disability Employee | 26.07 | 188.21 |
| NonTax Per Diem | | | 852.03 | | | 2056.68 | CA State Income Tax | 86.40 | 580.05 |
| Overtime 3 | | | | 1502.82 | 21.60 | 1502.82 | Employee Medicare | 37.80 | 270.03 |



| | | | | | | | | Perf Reward Fm | | 919.85 | Federal Income Tax | 280.25 | 1814.91 |
| Perf Reward Ops | | 277.86 | Social Security Employee Tax | 181.85 | 1154.82 |
| Pilot Bonus | | 20149.97 | | | |
| Pilot Med Reimb. | | 70.00 | | | |
| Regular | | | | 7865.59 | 128.48 | 7865.59 | | | | | |
| Reserve Pay | 100.26 | 2.52 | 275.34 | 275.34 | 2.52 | 275.34 | | | | | |
| Taxable PerDiem | | | 7.10 | 42.86 | | 42.86 | | | | | |
| Training Pay | 81.41 | 42.50 | -2813.00 | 8062.67 | 89.08 | 8062.67 | | | | | |
| User Pay | | | | 198.35 | 3.23 | 198.35 | | | | | |
| Vacation Pay | | | | 712.36 | 11.60 | 712.36 | | | | | |
| Total: | | 45.07 | 3648.47 | 17294.28 | 275.08 | 22472.18 | Total | | 572.17 | 4005.62 |

| EMPLOYER PAID BENEFITS | | | BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Match | 231.64 | 1628.14 | 401(k) | 288.54 | 2035.17 | Accident Ins | 12.68 | 76.08 |
| | | | Delta Dental In | 8.68 | 52.08 | AD&D Insura | 1.95 | 11.70 |
| | | | Medical Ins | 274.98 | 1649.88 | Critical Illnes | 38.50 | 219.00 |
| | | | Vision Insuranc | 4.45 | 26.70 | Critical Illnes | 0.65 | 3.90 |
| | | | | | | STD 30 - day | 22.94 | 119.48 |
| | | | | | | Stock Purchase | 144.77 | 980.21 |
| | | | Total | 577.65 | 3763.83 | Total: | 215.59 | 1200.37 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3648.47 | 2317.79 | 572.17 | 796.24 | 2180.06 |
| YTD: | 22472.18 | 16587.77 | 4005.82 | 5054.20 | 13412.16 |

| USER HOURS | | VACATION HOURS | |
|---|---|---|---|
| Start Balance | 37.42 | Start Balance | 21.32 |
| + Earned | 1.74 | + Earned | 2.60 |
| - Taken | | - Taken | |
| End Balance: | 39.15 | End Balance: | 23.92 |

| NET PAY DISTRIBUTION | | |
|---|---|---|
| Checking | 2440303685 | 2180.06 |
| Total: | | 2180.06 |

**REDACTED**



| | Print | | Pay Group: | FLIGHT | | Business Unit: | 3WAIR |
|---|---|---|---|---|---|---|---|
| 444 South River Road | | | Pay Begin Date: | 07/01/2020 | | Doc No: | 5261589 |
| St. George, UT 84790 | | | Pay End Date: | 07/15/2020 | | Advice Date: | 07/22/2020 |

| Greg D Horowitz | | | Employee ID: | 084304 | | TAX DATA | Federal | State |
|---|---|---|---|---|---|---|---|---|
| | | | Group: | FLOPST | | Marital Status: | S | S |
| | | | Location: | LAX | | Allowances: | 1 | 1 |
| | | | Job Title: | Captain ERJ | | Addl. Amt: | | |
| SSN: XXX-XX- | | | Pay Rate: | 109.26 Hourly | | | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | QTD Earnings | YTD Hours | Earnings | | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Holiday Pay | 109.26 | 4.30 | 469.82 | 469.82 | 17.20 | 1463.65 | | CA Disability Employee | 55.03 | 807.99 |
| NonTax Per Diem | | | 52.67 | | | 3260.92 | | CA State Income Tax | 349.00 | 3124.52 |
| Overtime 3 | | | | | 21.60 | 1502.62 | | Employee Medicare | 79.60 | 881.61 |
| Perf Reward Fin | | | | | | 810.35 | | Federal Income Tax | 854.06 | 8000.10 |
| Perf Reward Opr | | | | | | 457.88 | | Social Security Employee Tax | 341.19 | 3769.62 |
| Pilot Bonus | | | | | | 0003.57 | | | | |
| Pilot Med Reimb | | | | | | 70.00 | | | | |
| Regular | 109.26 | 20.57 | 2247.48 | 5359.20 | 419.63 | 50907.50 | | | | |
| Reserve Pay | 109.26 | 27.70 | 3026.50 | 4307.03 | 74.60 | 8150.78 | | | | |
| Taxable PerDiem | | | 47.37 | 47.37 | | 422.18 | | | | |
| Training Pay | | | | 953.82 | 100.55 | 5248.56 | | | | |
| User Pay | | | | | 3.23 | 186.35 | | | | |
| Vacation Pay | | | | 917.73 | 41.00 | 3924.80 | | | | |
| Total: | | 52.57 | 5843.84 | 11855.89 | 676.81 | 88164.84 | Total: | | 1679.08 | 18482.93 |

| EMPLOYER PAID BENEFITS | | | BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Match | 463.29 | 5186.72 | 401(k) | 579.12 | 2806.23 | Accident Ins | 12.68 | 177.52 |
| | | | 401(k) | | 3587.17 | AD&D Insura | 1.95 | 27.30 |
| | | | Delta Dental in | 8.68 | 121.52 | Critical Illnes | 36.50 | 511.00 |
| | | | Medical Ins | 274.98 | 3849.72 | Critical Illnes | 0.65 | 9.10 |
| | | | Vision Insuranc | 4.45 | 62.30 | Emp Purchase | | 36.00 |
| | | | | | | STD 30 - day | 41.33 | 430.40 |
| | | | | | | Stock Purchase | 289.56 | 3042.25 |
| | | | Total | 867.23 | 10516.94 | Total | 382.67 | 4233.57 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 5843.84 | 4023.94 | 1679.08 | 1249.90 | 2914.86 |
| YTD: | 88164.84 | 54316.98 | 18482.93 | 14740.51 | 36941.40 |

| USER HOURS | | VACATION HOURS | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 52.60 | Start Balance | 14.66 | Checking | 2440303695 | 2914.86 |
| + Earned | 2.02 | + Earned | 3.03 | Total | | 2914.86 |
| | | - Taken | | | | |
| End Balance: | 54.62 | End Balance: | 17.70 | | | |

REDACTED

# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

*Horowitz v. Skywest Airlines, Inc.*

Case No. 21-CV-04674-MMC

**NOTICE OF CLASS ACTION**

**To: All individuals who worked for SKYWEST AIRLINES, INC. ("SkyWest") as California-based Pilots at any time since from March 22, 2017 to the present ("Class Members").**

## THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS
## PLEASE READ IT CAREFULLY

### *Why should I read this Notice?*

Your rights may be affected by a class action lawsuit pending before the Honorable Maxine M. Chesney of the United States District Court for the Northern District of California (the "Court"). This Notice was approved and is given by Order of the Court.

On {date of cert approval}, the Court entered an Order certifying the case as a class action. The Court decided the case may continue on behalf of a group of employees. This Notice explains how to participate in the case or remove yourself from it.

### *Why did I get this Notice?*

SkyWest's records show you were employed by SkyWest as a California-based Pilot during the period from March 22, 2017 to the date this Notice was mailed.

### *What is a Class Action and who is involved?*

A class action is a lawsuit brought by "Class Representatives" to recover money on behalf of a group of people, without requiring each person to file an individual lawsuit. In this lawsuit, the Class Representative is Gregory Horowitz. The group of people is called "the Class" or "Class Members." In a class action, one court decides in one case the claims for everyone in the Class – except those people who remove themselves from the Class and the lawsuit by opting out.

### *What are the claims in this Lawsuit?*

The lawsuit claims SkyWest failed to provide Class Members accurate wage statements, meal and rest breaks, reimbursement for work related cellphone use, and all earned wages when they left employment with SkyWest.

SkyWest denies any wrongdoing and contends it complied with all applicable laws. The Court has not decided which side is right.

### *What does the Class Action seek to recover?*

Plaintiff seeks to recover meal and rest break premiums, reimbursement for business expenses, and penalties for wage statement violations and failure to pay all final wages owed to separated employees, as well as restitution, interest, costs and attorneys' fees.

### *Who represents the Class Members?*

The Court appointed Cohelan Khoury & Singer and Davtyan Law Firm, Inc. as Class Counsel and found they are competent and experienced in these types of cases, and will adequately represent the interests of the Class.

| | |
|---|---|
| **COHELAN KHOURY & SINGER** | **DAVTYAN LAW FIRM, INC.** |
| Michael D. Singer, Esq. (msinger@cklaw.com) | Emil Davtyan, Esq. (support@davtyanlaw.com) |
| Jeff Geraci, Esq. (jgeraci@cklaw.com) | 880 E. Broadway |
| 605 C Street, Suite 200 | Glendale, CA 91205 |
| San Diego, CA 92101-5305 | Phone: (818) 875-2008/ Fax (818) 722-3974 |
| Phone: (888) 808-8358/ Fax: (619) 595-3000 | |

You may hire a lawyer you choose, at your own cost, to represent you. If you choose to do that, you and your lawyer must provide a Notice of Appearance to the Court, Class Counsel, and counsel for SkyWest.

### *Is there a trial date set for this Class Action?*

The trial in this matter has not yet been scheduled.

**Questions? Call 1-800-_____toll-free**

**What are my rights in the Class Action?**

**STAY IN THE CLASS**. If you stay a Class Member and are represented by Class Counsel, you do not have to do anything. You can ask Class Counsel questions about the case. If this Notice was sent to your current address and you want to be a member the Class, you do not have to do anything to get notices about the case. If it was forwarded by the postal service, or sent to an old address, you should immediately send a letter to the Administrator with your former and current addresses.

The judgment, whether favorable or not, will bind all Class Members who do not ask to be removed from the lawsuit.

**GET OUT OF THE CLASS**. You have the right to remove yourself from the Class and this lawsuit. If you do, you have the right to pursue any claims you have with a lawyer of your choice at your own expense. You will not lose any claims you have by removing yourself, but you cannot share in any money recovered in the Class Action. If you want to be removed from the Class, you must send your request to the administrator at the address listed below. The request must include your name, address, telephone number, and signature and state that you do not want to be a member of the class in the *Horowitz v. Skywest Airlines, Inc.* case. The request must be postmarked By _____, 2023 {30 days from mailing} and mailed to:

*Horowitz v. Skywest Airlines, Inc.*
c/o Administrator
[insert administrator info]

**How will Class Counsel be paid?**

In class actions, counsel who recover money for the Class may get an award of reasonable attorneys' fees and costs. Class Members are not required to pay any out-of-pocket fees or costs. Class Counsel will ask the Court to award attorneys' fees and costs, to be paid from money recovered for the Class in a judgment or settlement. This request must be approved by the Court.

**How do I get more information?**

The information contained in this Notice is only a summary of the litigation. For more detailed information, you may review the complete Court files in this case at the Office of the Clerk for United States District Court of California, Northern District, located at 450 Golden Gate Avenue, 16th floor, San Francisco, CA 94102 during its regular business hours. You can also visit the Case Website at www._____.com, where you will find answers to common questions about this case, and relevant case documents can be viewed free of charge.

You may also call the administrator at 1-800-_____ toll free. You may also contact Class Counsel.

**YOUR EMPLOYER MAY NOT RETALIATE AGAINST YOU IN ANY WAY
FOR PARTICIPATING IN THIS LAWSUIT.**

**PLEASE DO NOT ADDRESS QUESTIONS TO THE COURT.**