1  THE LAW OFFICES OF ALEX CRAIGIE
   Alex Craigie (SBN 167766)
2  *Alex@CraigieLawfirm.com*
   12100 Wilshire Boulevard, Suite 800
3  Los Angeles, CA 90025
   Telephone: (323) 652-9451
4
5  Attorneys for Prospective Intervenor SKYWEST
   AIRLINES PILOT ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY HOROWITZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE NO. 3:21-cv-04674-MMC<br><br>**DECLARATION OF ALEX CRAIGIE IN SUPPORT OF INTERVENOR SKYWEST AIRLINES PILOT ASSOCIATION'S MOTION FOR LEAVE TO INTERVENE**<br><br>Assigned for all purposes to the Honorable Maxine M. Chesney<br><br>Complaint Filed: March 22, 2021<br>Action Removed: June 17, 2021 |
| **SKYWEST AIRLINES PILOT ASSOCIATION (SAPA),**<br><br>Intervenor. | |

I, Alex Craigie, declare:

1. I am over the age of 18. I am an attorney licensed to practice before this all Courts in the state of California. I am counsel on behalf of SkyWest Airlines Pilot Association ("SAPA"). This declaration is submitted in support of SAPA's Motion to Intervene in this action. If called as a witness, I could and would testify competently to the following facts from personal knowledge:

2. Attached as Exhibit 1 is a proposed Answer-in-Intervention to Plaintiffs' First Amended Complaint.

3. Collectively attached as Exhibit 2 are the following pages from the deposition of Gregory Horowitz conducted on August 31, 2022: 33-34, 47-48, 97-98, 96, 102, 104, 192-194, and 197.

4. Attached as Exhibit 3 is a true and correct copy of page 5-8 of FAA Risk Management Handbook (FAA-H-8083-2).

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on November 14, 2022 in Montecito, California.

*Alex Craigie*
Alex Craigie