**Page 1**

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   GREGORY HOROWITZ, on behalf
     of himself and all others
 6   similarly situated,
 7            Plaintiff,
 8       vs.                       No. 3:21-cv-04674-MMC
 9   SKYWEST AIRLINES, INC.,
10            Defendant.
     _____
11
12
13
14
15
16      VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
17                GREGORY DARREN HOROWITZ
18                   Rosamond, California
19                Wednesday, August 31, 2022
20                       Volume I
21
22
23   Reported by:
     CHERYL R. KAMALSKI
24   Certified Shorthand Reporter No. 7113
25   Job No. 10105999
```

**Page 2**

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   GREGORY HOROWITZ, on behalf
     of himself and all others
 6   similarly situated,
 7            Plaintiff,
 8       vs.                       No. 3:21-cv-04674-MMC
 9   SKYWEST AIRLINES, INC.,
10            Defendant.
     _____
11
12
13
14       Videoconference Video-Recorded Deposition of
15   GREGORY DARREN HOROWITZ, Volume I, taken on behalf
16   of Defendant, with everyone appearing at their
17   remote addresses, with witness on location in
18   Rosamond, California, beginning at 9:35 a.m. and
19   ending at 5:28 p.m., on Wednesday, August 31, 2022,
20   before Cheryl R. Kamalski, Certified Shorthand
21   Reporter No. 7113.
22
23
24
25
```

**Page 3**

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4       COHELAN KHOURY & SINGER
         BY:  JEFF GERACI
 5       Attorney at Law
         605 C Street, Suite 200
 6       San Diego, California 92101
         (619) 595-3001
 7       jgeraci@ckslaw.com
 8   For Defendant:
 9       STAMBELOS LAW OFFICE
         BY:  PATRICIA T. STAMBELOS
10       Attorney at Law
         543 Country Club Drive, Suite B209
11       Simi Valley, California 93065
         (805) 578-3474
12       patricia@patriciastambelos.com
13       JONES DAY
         555 South Flower Street, Fiftieth Floor
14       Los Angeles, California 90071-2452
         (213) 489-3939
15       (No appearance.)
16
     Videographer:
17
         SPENCER BENVENISTE
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1                      INDEX
 2   WITNESS                              EXAMINATION
 3   GREGORY DARREN HOROWITZ
     Volume I
 4
 5              BY MS. STAMBELOS                   8
 6
 7
 8                    EXHIBITS
 9   NUMBER          DESCRIPTION            PAGE
10   Exhibit 1   Defendant SkyWest Airline [sic],   15
                 Inc.'s Amended Notice of
11               Deposition of Gregory Horowitz
12   Exhibit 2   SkyWest Airlines Pilot Policy      41
                 Manual, Revision 09, 07 Aug 19;
13               SkyWest_000424 - SkyWest_000631
14   Exhibit 3   Delay comments; 1 page (no Bates) 124
15   Exhibit 4   Pairing Details; 5 pages          159
                 (no Bates)
16
     Exhibit 5   First Amended Class Action and    186
17               Private Attorneys General Act
                 ("PAGA") Complaint
18
     Exhibit 6   SkyWest Flight Time and Flight    202
19               Duty Period Limitations - FOM 4;
                 8 pages (no Bates)
20
     Exhibit 7   SkyWest Airlines Fatigue Risk     206
21               Management Plan (FRMP), Standard
                 Practice 2960, Revision 08,
22               28 Sep 21; 30 pages (no Bates)
23   Exhibit 8   Horowitz's Application Materials; 215
                 SkyWest_000259 - SkyWest_000282
24
25
```

Page 33

1  as a pilot?
2    A   No.  I pretty much had that down from
3  previous experience.
4    Q   I mean, it sounds like you've had decades of
5  training and experience in all of the various
6  safety-type rules that govern flying; is that right?
7    A   Yes, ma'am.
8    Q   So you -- can you give me a, sort of, list
9  of -- just off the top of your head -- the, sort of,
10  rules and regulations you know that you need to be
11  following every day as a pilot?
12    A   We have to be fit, ready for duty, properly
13  rested, not under the influence of alcohol or drugs.
14  That's about it.  I mean -- what -- as far as
15  everything else, it's common sense.
16    Q   Are you required to follow the FAA OPSPECS
17  for each aircraft that you're --
18    A   Yes.
19    Q   -- flying for each airline that you're
20  flying?
21    A   Yes, ma'am.
22    Q   Okay.  So the FAA OPSPECS is one.  What about
23  FAA regulation -- I mean FARs, federal air
24  regulations?
25    A   Well, those are pretty much incorporated into

Page 34

1  your OPSPECS.  You're operating under a Part 121,
2  and those are incorporated into the OPSPECS.  Of
3  course the other ones you have are your, like, duty
4  flight time limitations, annual limits.
5    Q   And is the duty flight time limits under
6  Part 117?
7    A   That's -- yeah.  Yes.  They created that --
8  it's a separate regulation.  It used to be just part
9  of the -- like, either 135 or 121 operation, or part
10  91, which doesn't have it -- but they incorporated a
11  separate part, 117, after the Colgan crash in
12  Massachusetts.  So they actually --
13    Q   You have -- sorry to interrupt.
14    A   They actually created a separate regulation
15  for duty -- duty and rest time.
16    Q   So you have to follow the FAA OPSPECS, which
17  is under Part 121; you have to follow Part 117 --
18  FAR Part 117 --
19    A   Uh-huh.
20    Q   -- then you mentioned an annual...
21    A   An annual?
22    Q   Some annual -- annual flying -- do you have
23  to do recurrent training or --
24      (Speaking simultaneously.)
25    A   Oh, yeah.

Page 35

1      (Reporter admonition regarding speaking
2      simultaneously.)
3    A   Yeah.  Well, you have annual recurrent
4  training for your ground school stuff, and then the
5  aircraft systems would come, I believe, every
6  90 days through computer-based training, CBTs.  And
7  that's an ongoing process as well.  And then a
8  six-month instrument proficiency check for pilot in
9  command, which, I think, is reduced to annually with
10  AQP.  The -- there's a new program the FAA induced
11  [sic] if you continually train throughout the year,
12  you wouldn't -- you would only show up at the
13  schoolhouse annually instead of every six months.
14    Q   And what is the PIC?
15    A   Pilot in command.
16    Q   And is that the captain?
17    A   Yes, ma'am.
18    Q   And did you act as the PIC while working at
19  SkyWest after you upgraded to captain?
20    A   Yes, ma'am.
21    Q   And is the PIC the one who determines how the
22  flight runs?
23    A   Basically, yes.
24    Q   And if you are the PIC, are you the PIC for
25  the entire flight or for the entire trip?

Page 36

1    A   For the entire trip.
2    Q   So if the PIC and the first officer switch
3  landing -- right? -- switch being --
4      (Speaking simultaneously.)
5    A   Pilot flying.
6      (Speaking simultaneously.)
7    Q   -- doing the PM duties -- right? --
8    A   Right.
9    Q   -- the PIC is still the PIC no matter what --
10    A   Correct.
11    Q   -- during the trip?
12    A   Correct.
13    Q   What if you're at -- in the lav?  Are you the
14  PIC?
15    A   You're still the pilot in command but you're
16  not in command of the controls.  So that -- that's a
17  good lawyer question.  Because -- you're not on the
18  flight deck, so I would say the first officer's in
19  command while you're not on the flight deck.  But
20  guaranteed, if he or she screwed up or something
21  happened, they would still hang me even if I was in
22  the lav, if that makes sense.
23    Q   So we've talked about the FARs, the
24  FAA OPSPECS.  You also have to follow the SOPM for
25  the aircraft?

Page 45

1  don't recall the exact number, but I was far down
2  the list.  And, of course, as people upgrade, you
3  know, I would move up the seniority list.
4     Q   How long did you work reserve?  How long were
5  you assigned reserve when you first started at
6  SkyWest?
7     A   Well, when I was in Seattle for the first
8  month, that whole month.  And I honestly cannot
9  recall when I started receiving lines.  It was, I'm
10 sure, within a couple of months.
11    Q   So you think that you were probably on
12 reserve at LAX for a couple months and then began
13 getting on the line?
14    A   Correct.  And sometimes you -- you would --
15 sometimes you would just bid a reserve because you
16 wanted a certain group of days off.  But whatever
17 your choice was was given to you in seniority order.
18    Q   Okay.  And then when you became a captain,
19 your seniority changed because now you're being
20 compared to the other captains; is that right?
21    A   Correct.
22    Q   And your seniority is based on your hire
23 date?
24    A   Correct.  Date of hire and then the last four
25 of your social security number, which really screwed

Page 46

1  me because all the other airlines I was ever with --
2  they did it by age; the oldest person went to the
3  top of the class seniority.  Even though I was the
4  oldest in my class at SkyWest, my social security
5  number of -8997 put me at the very bottom of the
6  seniority list.  So that's how seniority is
7  determined within your class, your hire class.
8     Q   And how many people were in your hire
9  class -- in your upgrade class?
10    A   In my upgrade class?  About 12,
11 approximately.
12    Q   So as a captain, once you upgraded, did you
13 sit reserve for any period before you held a line?
14    A   Yes.  Yes.
15    Q   How long?
16    A   A couple months, to the best of my
17 recollection.  But I also did quite a bit of flying
18 on my days off.
19    Q   For other employers?
20    A   No.  For SkyWest.  I'm a very dedicated
21 employee.  I flew -- I flew lots of extra flying for
22 them.  Whenever crew scheduling called me, I never
23 refused it or -- I never screened their calls.  I
24 would answer the phone.  And when they called me, if
25 I could make it, I would go there.

Page 47

1     Q   So what was your -- we'll talk about reserve
2  and what it was like when you were on reserve.  But
3  what was your -- as an FO, what was your preferred
4  schedule?  You could, say, set your preferences --
5  right? -- based on days off, who you might like to
6  fly with, where you might want your overnights?
7     A   Correct.
8     Q   What were your preference?
9     A   My preferences -- my preferences were
10 four-day trips because of my long drive to LAX.  I'd
11 like to reduce the number of trips to the airport,
12 so I would always prefer three- to four-day trips.
13    Q   And was that the same when you were a
14 captain?
15    A   Yes, ma'am.
16    Q   Did you have a preference for what time the
17 trip started on the first day?
18    A   Yes.
19    Q   What did you prefer?
20    A   The earliest as possible, to avoid traffic.
21    Q   And what about what time they ended?
22    A   I preferred as late as possible.  Once again,
23 that would get around the traffic.
24    Q   Was that your preferences [sic] the entire
25 time you worked for SkyWest?

Page 48

1     A   Yes, ma'am.
2     Q   And so in the bidding system, could you set
3  your preferences and leave them set so that each
4  month they were automatically already in the
5  computer to generate whatever your trip was -- or
6  trips were, based on seniority?
7     A   Yes, ma'am.
8     Q   So the -- the first time that you set those
9  preferences, you know, was it complicated to use the
10 bidding system?  Or because you'd been doing this
11 for so long, it was quick and easy?
12    A   It wasn't -- it wasn't that difficult.
13    Q   And then once you did it that first time, was
14 it just a click of a button each month to confirm
15 the same preferences?
16    A   Pretty much, yes.
17    Q   How long would you say -- did you -- I'm
18 sorry.  Strike that.
19        Did you bid each month?
20    A   Yes, ma'am.
21    Q   And was there, like, a window of time:  the
22 bid is open, the bid is closed?
23    A   That's correct.
24    Q   And how long did it take you to actually do
25 your bid?

Page 93

1  Q  And do you just lounge --
2     (Speaking simultaneously.)
3  A  What's that?  Yeah, I would probably sit in
4  the first-class seats.
5  Q  And you -- what would you do with your time
6  while you were waiting?
7  A  Well, after I exhausted all the manuals and
8  procedures to go through, I would probably start
9  playing pool.
10 Q  Okay.  And eat -- do you bring food with you?
11 A  I didn't.  Other people did.  But I didn't
12 pack -- I never packed a lunch.
13 Q  So --
14    (Speaking simultaneously.)
15    (Reporter requested clarification.)
16 A  Yeah, I didn't pack food, no.
17 Q  But you said some people did?
18 A  Correct.
19 Q  So in an instance where you were on the
20 aircraft, waiting for maintenance for three hours or
21 four hours or two hours, if you were to get hungry,
22 would one of you leave the aircraft to run and get
23 food for the -- both pilots?
24 A  Possibly.  But I never had to wait that long;
25 so...

Page 94

1  Q  What was the longest you ever waited for
2  maintenance?
3  A  I'd say about an hour, a little bit over an
4  hour.
5  Q  And then once maintenance arrives, it takes
6  time to identify the issue and repair the aircraft,
7  correct?
8  A  Not necessarily repair it.  In this instance,
9  with the fuel leak, the mechanic determined that it
10 was safe to fly.
11 Q  How long did that take, once the mechanic
12 arrived?
13 A  Five minutes.
14 Q  And so your delay was how long for that
15 Ontario flight?
16 A  I'd say an hour and a half.
17 Q  Okay.  In an instance where this is a part
18 that needs to be swapped out but -- or something
19 else repaired and that aircraft can still be used,
20 what is the amount of time it would take for
21 maintenance to repair it?
22 A  Can you give me an example of which parts to
23 be replaced?
24 Q  I mean -- I guess I'll ask it this way.  Did
25 the amount of time it took for maintenance to repair

Page 95

1  it and the flight to take off depend upon the
2  repair?
3  A  Yes.
4  Q  And so it could be as little as five minutes,
5  which I think you've indicated the fuel leak was --
6  and what's the longest that you waited for the
7  mechanic to repair or fix the issue and then take
8  off in the same aircraft?
9  A  I recall a 40-minute delay to change a brake
10 that I didn't like on my pre-flight -- brake --
11    (Speaking simultaneously.)
12 Q  So a -- so an hour for maintenance, possibly,
13 to show up and then maybe a 40-minute fix?
14 A  No.  They showed up in less amount of time.
15 They were there almost immediately -- it was in
16 Phoenix.  They were there immediately.  It was
17 determined that the brake was worn, and they changed
18 it within an hour.
19 Q  So while the mechanics are working [sic] the
20 aircraft, what are the responsibilities of the
21 pilots?
22 A  To -- I don't know where it's written
23 anywhere.  I would just stay with the airplane.  I
24 mean, you're still on duty.
25 Q  But the flight attendants -- do they get off?

Page 96

1  A  As long as there's no passengers onboard,
2  they're free to leave the aircraft.
3  Q  And as long as there are no passengers
4  onboard for the -- I'm sorry.  As long as the
5  aircraft isn't powered up, the pilots are free to
6  leave the aircraft?
7  A  That's true too, yes.
8  Q  Okay.  And if the aircraft is powered up, one
9  can leave, but one must stay?
10 A  Correct.
11 Q  Okay.  What -- were you responsible for the
12 safety of the passengers as the FO at SkyWest on a
13 flight?
14 A  Absolutely.
15 Q  And also as the captain, right?
16 A  Absolutely.  Every employee of SkyWest is
17 responsible for the safety of their passengers.
18 Q  Did you ever have an emergency situation on
19 any of your flights with SkyWest?
20 A  Yes, ma'am.
21 Q  What -- how many times?
22 A  I have had two medical emergencies.
23 Q  Any others -- types of emergencies?
24 A  In -- with SkyWest?
25 Q  Yes.

Page 97

1  A  No, just the two medical emergencies.
2  Q  And what was -- what were the circumstances
3  of them?
4  A  One was seizures and the other one was a
5  heart attack.
6  Q  And for the individual who had seizures, at
7  what point in the flight did it occur?
8  A  During the arrival from [sic] San Francisco.
9  Q  I'm sorry.  You cut out for a second.  Did
10 you say "during arrival"?
11  A  During the arrival procedure, which is
12 about -- basically over Fresno, I imagine -- or just
13 west of Fresno.  At approximately 20- to
14 25,000 feet, I was notified by the cabin.  I
15 declared an emergency, which got me priority
16 handling.
17  Q  So in that instance -- are you a trained
18 emergency provider?
19  A  I am.  I'm a licensed EMT.
20  Q  So in that moment -- were you the captain or
21 the FO?
22  A  I was the captain.
23  Q  So are you able to hand over the aircraft to
24 the FO and go assist in the cabin?
25  A  Absolutely not.

Page 98

1  Q  Why?
2  A  It's not allowed.  You can't leave the --
3  the -- my priority is the command of that aircraft
4  and of all the passengers.  The fact that I'm an EMT
5  is just an added benefit to that guy back there,
6  that I can tell the flight attendant, "Do this,
7  this, and this, and then get back to me," and then
8  relay information to ATC.  But at no time would I
9  ever leave my captain's seat to go back and "John
10 Wayne" it, if you will.
11  Q  What if there was a security emergency and
12 the flight attendant was at risk, physically?  Will
13 you then leave your captain's seat?
14  A  Absolutely not.  Pre-9/11, yes.  But after
15 9/11, absolutely not.
16  Q  So in the current circumstances, and while
17 you were working for SkyWest, what were the
18 permissible reasons why you as a pilot, either a
19 captain or an FO, were permitted to leave the flight
20 deck, the cockpit, during flight?
21  A  It goes back to that initial urination --
22 physiological needs only.
23  Q  So you are only allowed to leave the flight
24 deck for biological necessity to use the lav --
25  A  Correct.

Page 99

1  Q  -- is that right?
2  A  Correct.
3  Q  And when you do that, is there some specific
4  process or procedure by which you leave --
5  A  Yes.
6  Q  -- the flight deck, or can you just walk out?
7  A  No.  No.  It's coordinated -- it's
8  coordinated through the flight attendants -- the
9  lead flight attendant.  They have a procedure where
10 they take a cart, bring it up, and pretend to block
11 access to the cockpit.  And then I would look and
12 make positive identification, after a verbal call,
13 and then I would open the door, let the flight
14 attendant in to sit in my seat, then I would exit
15 the cockpit, do my duty, then get on the phone to
16 get back into the cockpit.
17  Q  And the flight attendant would stay in the
18 cockpit the entire time?
19  A  Correct.
20  Q  While you're in the lav, can you stop by and
21 grab a drink in -- from the other flight attendants?
22  A  I imagine you could.
23  Q  Is that something you're supposed to do?
24  A  No.  I -- I never did; so...
25  Q  What about chatting about how the FA's day is

Page 100

1  going?  Can you stop and just have a quick, brief
2  social interaction before you go back?
3  A  Oh, yeah, you could say, "Yeah, things are
4  going" -- "We're on time.  The weather's good,"
5  something like that, something very short and sweet,
6  you know, while you're, basically, waiting for them
7  to open up the door.
8  Q  I'm talking about once you're out --
9    (Speaking simultaneously.)
10 A  Yes.
11   (Speaking simultaneously.)
12 Q  -- you're out of the cockpit --
13   (Speaking simultaneously.)
14 A  Yes.
15 Q  So -- but the procedure, is it supposed to be
16 quick?  In other words, you're not supposed to
17 remain outside of the cockpit for longer than
18 necessary to use the lav?
19 A  I don't know if it's written anywhere.  I
20 don't recall any time -- time allowance.  But as a
21 pilot of [sic] command, I want to get back in that
22 cockpit as soon as possible.
23 Q  What if you're the FO?
24 A  Excuse me?
25 Q  What if you're the FO, not the pilot in

Page 101

1  command?
2     (Speaking simultaneously.)
3     (Reporter requested clarification.)
4  Q  I said what if you're the FO, not the pilot
5  in command, can you stay out longer?
6  A  There's no written -- I don't recall any
7  written rule -- the amount of time.  I don't recall
8  any procedure or -- or time limit or what you can or
9  can't do outside of the cockpit.
10    Me, personally, I would take care of my
11 business and get back into the cockpit as soon as
12 possible.
13 Q  Okay.  Was there any flight that you were the
14 only pilot?
15 A  Huh?
16 Q  Are there always -- are there always two
17 pilots?
18 A  Yes.  Yes.
19 Q  Why?
20 A  Well, under the type certification of that
21 aircraft, if you look in the general section, it
22 says "Required crew:  Two persons."
23 Q  What's the longest amount of time that one
24 pilot on the EMB 175 can handle the flight alone, in
25 flight?

Page 102

1  A  Oh, I could do the whole flight.
2  Q  So one person could be out in the cabin for
3  any length of time and the flight would be safe?
4  A  It would be degraded in safety.  But I could
5  safely take that airplane, fly it anywhere in the
6  world, and land it just by myself.  But that's not
7  how we do it.
8  Q  Can any pilot do that?
9  A  I would say most PICs.  There's always a
10 couple that fall through the cracks that have no
11 business in the cockpit, but I can't speak for them.
12 But I would say most could do it.  But that's not
13 the normal procedure.
14 Q  What about an FO?  What if the PIC was not in
15 the cabin -- or not in the cockpit for an extended
16 period of time, could the FO fly the plane and
17 manage everything on their own?
18 A  Well, you'd have to switch seats because you
19 wouldn't be able to taxi the aircraft.  The steering
20 wheel, or tiller, we call it, which is the on-the-
21 ground steering wheel, needs to be manipulated with
22 the left hand, and is only available in the left
23 seat.  There's only 10 degrees of nose travel
24 available from the first officer's seat.  So you'd
25 have to get out of that seat to taxi the aircraft

Page 103

1  off the runway.
2  Q  Otherwise, are -- as an -- are FOs
3  experienced enough to manage all the information
4  coming at them to fly the plane without the PIC?
5  A  No, definitely not.
6  Q  Okay.  So the second emergency that you
7  described was a heart attack.
8  A  Yes.
9  Q  What were the circumstances?
10 A  Basically the same thing.  An individual
11 having chest pains, told them to put him on oxygen,
12 give him aspirin, and that was it -- get him to
13 the -- we'll get him to the terminal as soon as
14 possible.
15 Q  And what stage in the flight did that occur?
16 A  That was the same -- it was on arrival into
17 LAX.
18    And then there was another one at the -- that
19 happened at the gate -- actually, in the terminal.
20 That one was -- that one I put my hands on the
21 patient, took command of the situation, but I wasn't
22 in the airplane.
23 Q  Do you know if the FAA regulations allow one
24 pilot to fly the EMB 175 alone?
25 A  The only regulation [sic] is to use the

Page 104

1  bathroom.  That's the only exception.
2  Q  Okay.  What about the CRJ200, 700, and 900?
3  A  I would have to say -- I can't speak exactly
4  if there's a single pilot qualification, but I would
5  say two crew members are required for all transport-
6  category aircraft.
7  Q  And is the PIC ded- -- dedicated for the --
8  strike that.
9     Can who is the PIC switch at any time during
10 a flight?
11 A  No.  If you have two captains -- you could
12 have two captains flying a trip together, but one of
13 them has to be designated the PIC.
14 Q  Okay.  What was the length of time of your
15 longest flight for SkyWest?
16 A  I think it was somewhere around five hours;
17 the Chicago run.
18 Q  Chicago to where or from where?
19 A  I think it was San Fran to Chicago, I
20 believe.  It doesn't -- it doesn't have much farther
21 legs than five hours.
22 Q  So during a flight like that, what are the
23 responsibilities of the pilot in command during that
24 flight?
25 A  The same as they are for a 10-minute flight.

Page 189

1  hour of work even if you were in air?
2    A  Yes.
3    Q  And how do you believe SkyWest should have
4  given you a 30-minute -- uninterrupted duty-free
5  30-minute meal break during flight?
6    A  By adjusting their flight schedule.
7    Q  So you don't believe that the breaks should
8  have occurred during flight; you believe the breaks
9  should have occurred on the ground?
10      MR. GERACI:  Objection.  Argumentative.
11      MS. STAMBELOS:  No.  I'm trying to understand
12  his answer.
13  BY MS. STAMBELOS:
14    Q  I'm -- I'm -- please.  I'm not trying to be
15  argumentative.  I'm genuinely trying to understand
16  your answer.
17      MR. GERACI:  Counsel, what's sought in the
18  complaint is a very specific thing that's dictated
19  by the complaint.  And SkyWest --
20      (Speaking simultaneously.)
21      MS. STAMBELOS:  Jeff, that's a speaking
22  objection.  It's a speaking objection.  I'm allowed
23  to ask him how he wanted or thought they should have
24  been accomplished.  It's his lawsuit.  And I'm not
25  asking him to do it in legal words.  I'm trying to

Page 190

1  say you're a pilot for SkyWest, what do you think
2  they should have done differently?
3      MR. GERACI:  If you're absolutely asking
4  factual questions, I won't object or instruct him
5  not to answer that.  But if you ask him anything
6  that requires him to apply the facts to the law or
7  to say what legal remedies are available or what
8  legal remedies, which he does not know --
9      (Speaking simultaneously.)
10      MS. STAMBELOS:  Okay.  You're doing a
11  speaking objection.  State your objection for the
12  record, and we'll move on.  I'll either withdraw my
13  question or I won't.  Your -- your objection is a
14  speaking objection.  You are educating your client
15  right now on what you think is wrong with my
16  questions.  Your way to do that is to object to the
17  form of the question, object that it calls for a
18  legal conclusion, any one of the appropriate
19  objections under federal law, but not what you're
20  doing.  And I'm not trying to be argumentative with
21  you.  But I don't think it's appropriate -- how
22  you're stating your objection.
23      I will take time after my question, before
24  Mr. Horowitz answers, and you can put your objection
25  on the record, and your client answers.  That's how

Page 191

1  it goes.
2      MR. GERACI:  Unless I instruct him not to.
3      MS. STAMBELOS:  And if you instruct him not
4  to answer, other than as to a privileged matter,
5  then we will mark the record and we will see the
6  judge, which I don't think is necessary.  But if
7  that happens, it happens.
8      You're not allowed to instruct -- you know
9  that you're not supposed to instruct your client not
10  to answer just because you believe a question is
11  objectionable or it might have called for him to
12  give a legal conclusion.
13      If he got it wrong or it did call for a legal
14  conclusion, the judge can strike his answer, but you
15  can't.
16      So can you repeat back the last question that
17  I asked, please, Miss Court Reporter.
18      (Record Read as Follows:
19       "QUESTION:  So you don't believe
20       that the breaks should have occurred
21       during flight; you believe the
22       breaks should have occurred on the
23       ground?")
24  BY MS. STAMBELOS:
25    Q  Mr. Horowitz, do you have an answer?

Page 192

1    A  Asked and answered.  I said that they should
2  schedule the flights to have a break in there
3  appropriate to eat in the five hours.
4    Q  Okay.  So I think that what you're saying --
5  you didn't actually answer the question, so I'll ask
6  it a different way.
7      When you say that they should have scheduled
8  the flights to afford you a break in between them,
9  you're -- you're saying that you believe that you
10  should have been given 30 minutes in between flights
11  on the ground -- right? -- not while the flight was
12  ongoing?
13    A  Correct.
14    Q  So were there days when even if there was
15  time scheduled in between flights that would have
16  afforded you 30 minutes on the ground you wouldn't
17  get or didn't get 30 minutes on the ground because
18  of irregular operations?
19    A  That's correct.
20    Q  And is it your testimony, then, that you
21  don't believe that 30-minute uninterrupted duty-free
22  meal breaks could have occurred while you were
23  flying?
24    A  That's correct.
25    Q  Why couldn't they?

Page 193

1  A  Well, there was no relief pilot.
2  Q  And one pilot could not fly the aircraft for
3  30 minutes alone?
4  A  Well, yes, they could, but that's not a safe
5  way to operate the airplane.
6  Q  Okay. So let's -- let's go down the path of
7  what if there is a relief pilot on the plane. Then
8  could you have taken a 30-minute uninterrupted meal
9  break during flight?
10  A  Absolutely.
11  Q  Okay. And would that have placed the cockpit
12  or the pilot at any increased risk by the opening of
13  the cockpit door at what would be -- like at a
14  regular interval, at timed interval, to allow for
15  breaks?
16  A  Well, that would offer two more cycles of a
17  cockpit door where the cockpit would be vulnerable
18  to being overtaken.
19  Q  Actually it would be four, right? Because
20  there's a captain and a first officer who both --
21  A  Correct.
22  Q  -- had to take that break?
23  A  Correct.
24  Q  Okay. And would you have felt safe in the
25  cabin in a passenger seat during flight if the

Page 194

1  passengers knew you were sitting there in your
2  uniform taking your 30-minute break?
3  A  No, I would not be comfortable.
4  Q  And would you have been able to disregard or
5  ignore passenger safety issues or any needs of the
6  aircraft or the passengers for 30 uninterrupted
7  minutes on that flight if you were on a mandatory
8  30-minute off-the-clock break?
9  A  No, I would not because I would not be there
10  to make the command decision if it was required of
11  me. It would be delayed. The first officer would
12  have to tell the flight attendant to call back to
13  the cabin to get me on there, which, you know, if it
14  was a real emergency could pose a high risk to the
15  passengers and crew.
16  Q  So would you agree that on some days pilots
17  do get 30 minutes uninterrupted between their
18  flights on turns, and on other days they don't?
19      MR. GERACI: Objection. Calls for
20  speculation.
21      Go ahead.
22      THE WITNESS: Me?
23      MR. GERACI: Yeah, go ahead.
24      THE WITNESS: Yeah, I would say that's
25  possible. Some days you do, some days you don't.

Page 195

1  BY MS. STAMBELOS:
2  Q  What do you think SkyWest could have done, if
3  anything, during your employment to ensure that no
4  matter what, you always got a 30-minute
5  uninterrupted duty-free meal break on the ground
6  during every -- for every five hours that you were
7  working?
8  A  To build it into the schedule.
9  Q  But you have already testified that even if
10  it's built into the schedule, some days you still
11  don't get that.
12  A  That's correct.
13  Q  So what could SkyWest have done, if anything,
14  to accommodate irregular operations to ensure that
15  every pilot based in California got every meal break
16  before the end of five hours?
17  A  Once again, they'd have to build it into the
18  schedule.
19  Q  So would you have stayed based in California
20  if you could not have flown any flight that was
21  longer than two hours?
22  A  One more time. Please repeat the question.
23  Q  Would you -- would you have stayed with
24  SkyWest if, as a California-based pilot, you could
25  not have flown a flight that was longer than two

Page 196

1  hours?
2  A  I did stay with SkyWest for that.
3  Q  Well, we looked at your pairing detail
4  report, and you did have flights that were four
5  hours long --
6  A  Yes.
7  Q  -- correct?
8  A  Correct.
9  Q  And do you make -- did you make more money
10  when you were flying a four-hour flight than when
11  you were flying from LAX to San Diego?
12  A  Not necessary -- well, yeah, but not
13  necessarily. You'd have to figure out the total
14  block for the day -- or that trip. Basically you go
15  by the trip. The total hours for the trip is the
16  bottom line that you would bid for for the highest
17  paying trips.
18  Q  And do you disagree that more time in the air
19  equates to more pay, and more time giving airport
20  appreciation leads to lower pay?
21  A  Correct.
22  Q  Okay. Let's talk about rest breaks. In your
23  mind -- in your view, when you were working at --
24  well, strike that.
25      As part of your case against SkyWest, you're

Page 197

1  asserting that SkyWest should have given you a
2  10-minute duty-free rest break, according to
3  California rest break rules.  Is that accurate?
4      MR. GERACI:  Objection.  Calls for a legal
5  conclusion.  The complaint speaks for itself.
6      You can answer if you understand the
7  question.
8      THE WITNESS:  I believe I was asking -- or
9  saying that we should have received the breaks.  Is
10 that what your question is?
11 BY MS. STAMBELOS:
12   Q   Yes.  Are you saying that you should have
13 received 10 minutes of duty-free time for every
14 three and a half to hour fours worked?
15   A   In accordance with California labor law, yes.
16   Q   And do you believe that that 10-minute rest
17 break should have occurred while you were in between
18 flights on the ground?
19   A   Yes.
20   Q   Do you believe that you could have been
21 afforded a 10-minute duty-free rest break while you
22 were on the plane?
23   A   No.
24   Q   And would you agree that on some days based
25 on your schedule you did get a 10-minute break for

Page 198

1  every three to four hours worked and other days you
2  did not?
3    A   Yes.  But who delegates what time the break
4  is and isn't?
5    Q   Well, did you have the freedom to take that
6  time in between your work duties whenever you didn't
7  have any work duties?
8    A   Yes.
9    Q   Okay.  And would you agree that on some days
10 your schedule -- your scheduled flights did, had
11 they gone as planned, afford you the California meal
12 and rest breaks that you're arguing here you should
13 be entitled to?
14   A   Well, they were never designated, so how do
15 you determine when the breaks started and stopped?
16 I could be walking out the jetway, and a passenger
17 stops me and asks me a question, or the passenger
18 agent said, "Hey, can you go back on the airplane
19 and look for a guy's wallet in Chair 12."  I mean,
20 all these could be happening -- you know, I -- I --
21 I was not at liberty to say "No, I'm on my 10-minute
22 California labor break.  Don't talk to me," and walk
23 away.  I didn't have that authority.
24   Q   And --
25   A   So...

Page 199

1    Q   -- are you asserting in this lawsuit that you
2  should have had the authority to say "I'm not going
3  to assist you because I'm on a California meal
4  break" or a California rest break?
5      MR. GERACI:  Objection.  Calls for a legal
6  conclusion.
7      THE WITNESS:  No.  I'm just saying that
8  there's no way to determine when my break started or
9  stopped.
10 BY MS. STAMBELOS:
11   Q   But let's assume that your break started --
12 let's assume that SkyWest followed the rules that
13 you're suggesting -- or asking the court to say that
14 it should have, and that you walk off the aircraft
15 after you complete your post-flight duties to begin
16 your meal break, and a maintenance person walks up
17 to you to ask you a question about the aircraft.
18 Are you suggesting that you should have been given
19 the opportunity to say "I'm sorry.  I'm on a meal
20 break right now.  I can't answer your question about
21 the aircraft"?
22   A   Legally, yes.  But theoretically I would
23 never do that to somebody.  But I would say
24 technically, legally it would have to be
25 uninterrupted, just as my rest -- there's times --

Page 200

1  we have, like, a 12-hour rest period.  And they
2  might call me in my rest.  Technically I could say,
3  okay, the eight-hour rest period starts again; we're
4  going to delay this flight four hours.  Nobody does
5  that.  I mean, you've got the spirit of the law and
6  then you've got the letter of the law.  And I would
7  do it to the spirit of the law.
8    Q   Okay.  And would you say that you did that?
9  You took your breaks whenever you could take them
10 even though it wasn't dictated by SkyWest, but that
11 if a passenger or the aircraft had a need or the
12 company had a need, you followed the spirit of the
13 law and would answer the question or address the
14 issue in the middle of your break time?
15   A   That's correct.
16     (Speaking simultaneously.)
17     MR. GERACI:  Objection --
18     (Speaking simultaneously.)
19 BY MS. STAMBELOS:
20   Q   Okay.
21     MR. GERACI:  You've got to wait.
22     Objection.  Vague.  Ambiguous.  Compound.
23 BY MS. STAMBELOS:
24   Q   Okay.  So let's talk about the rest breaks
25 that you just described.