

# Risk Management Handbook

# 2009

U.S. Department of Transportation
**FEDERAL AVIATION ADMINISTRATION**
Flight Standards Service

impact the terrain. The observed weather in the area of the accident was reported as marginal VMC and IMC.

The NTSB determined the probable cause(s) of this accident to be the pilot's continued flight into IMC, which resulted in spatial disorientation and loss of control.

Research can offer no single explanation to account for this type of accident. Is it the end result of poor situational awareness, hazardous risk perception, motivational factors, or simply improper decision-making? Or is it that adequate weather information is unavailable, simply not used, or perhaps not understood? Extracting critical facts from multiple sources of weather information can be challenging for even the experienced aviator. And once the pilot is in the air, en route weather information is available only to the extent that he or she seeks it out if their aircraft is not equipped with operational weather displays.

No one has yet determined why a pilot would fly into IMC when limited by training to fly under VFR. In many cases, the pilot does not understand the risk. Without education, we have a fuzzy perception of hazards. It should be noted that pilots are taught to be confident when flying. Did overconfidence and ability conflict with good decision-making in this accident? Did this pilot, who had about 461 flight hours, but only 17 hours in make and model overrate his ability to fly this particular aircraft? Did he underestimate the risk of flying in marginal VFR conditions?

### Loss of Situational Awareness

Situational awareness is the accurate perception and understanding of all the factors and conditions within the four fundamental risk elements (pilot, aircraft, environment, and type of operation) that affect safety before, during, and after the flight. Thus, loss of situational awareness results in a pilot not knowing where he or she is, an inability to recognize deteriorating circumstances, and the misjudgment of the rate of deterioration.

In 2007, an instrument-rated commercial pilot departed on a cross-country flight through IMC. The pilot made radio transmissions to ground control, tower, low radar approach control, and high radar approach control that he was "new at instruments" and that he had not flown in IMC "in a long time." While maneuvering to get back on the centerline of the airway, while operating in an area of heavy precipitation, the pilot lost control of the airplane after he became spatially disoriented.

Recorded radar data revealed flight with stable parameters until approximately 1140:49 when the airplane is recorded making an unexpected right turn at a rate of 2° per second.

The pilot may not have noticed a turn at this rate since there were no radar calls to departure control. The right turn continues until radar contact is lost at 1141:58 at which point that airplane is turning at a rate of approximately 5° per second and descending at over 3,600 fpm.

Wreckage and impact information was consistent with a right bank, low-angle, high-speed descent. IMC prevailed in the area at the time of the accident. The descent profile was found to be consistent with the "graveyard spiral." Prior to flight, for unknown reasons, the telephone conversations with the AFSS progressed from being conservative to a strong desire to fly home, consistent with the pilot phenomena "get-home-itis."

The 26 year old pilot was reported to have accumulated a total of 456.7 hours, of which 35.8 hours were in the same make and model. Prior to the accident flight, the pilot had accumulated a total of 2.5 hours of actual instrument time, with 105.7 hours of simulated instrument time.

The following abbreviated excerpt from the accident report offers insight into another example of poor aeronautical decision-making.

The pilot had telephoned AFSS six times prior to take off to request weather reports and forecasts. The first phone call lasted approximately 18 minutes during which time the AFSS briefer forecasts IMC conditions for the route of flight and briefs an airmen's meteorological information (AIRMET) for IFR conditions. The pilot stated that he did not try to take off a day earlier because he recalled that his instrument flight instructor told him not to take off if he did not feel comfortable.

During the second phone call, the pilot stated he was instrument rated but did not want to take any chances. At this time, the AFSS briefer forecast light rain and marginal conditions for VFR. The third phone call lasted approximately 5 minutes during which the AFSS briefer gives weather, the AIRMET, and forecasts a cycle of storms for the day of flight. The pilot responds that it sounds like a pretty bad day to fly. During the fourth phone call, the pilot states that he has been advised by a flight instructor at his destination airport that he should try to wait it out because the weather is "pretty bad right now" The AFSS briefer agrees and briefs light to moderate rain showers in the destination area and the AIRMET for IFR conditions. The AFSS briefer states that after 1100 the weather should improve.

At 1032, the pilot calls AFSS again and sounds distressed. The pilot stated he wants to get home, has not showered in 1½ days, is getting tired, and wants to depart as soon as possible.