THE LAW OFFICES OF ALEX CRAIGIE
Alex Craigie (SBN 167766)
*Alex@CraigieLawfirm.com*
12100 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: (323) 652-9451

Attorneys for Prospective Intervenor SKYWEST
AIRLINES PILOT ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GREGORY HOROWITZ, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SKYWEST AIRLINES, INC.,**<br><br>**Defendant.** | Case No. 3:21-cv-04674-MMC<br><br>**[PROPOSED] ORDER GRANTING SKYWEST AIRLINES PILOT ASSOCIATION'S MOTION FOR LEAVE TO INTERVENE**<br><br>Complaint Filed:    March 22, 2021<br>Action Removed:    June 17, 2021 |
| **SKYWEST AIRLINES PILOT ASSOCIATION (SAPA),**<br><br>**Intervenor.** | |

1    The Court, having considered Prospective Intervenor SkyWest Airlines Pilot

2  Association's ("SAPA") Motion for Leave to Intervene and all papers filed in support of and

3  opposition to the Motion, hereby finds and orders as follows:

4    Because SAPA's motion is timely, SAPA has a significant and protectable interest in the

5  subject of this action, adjudication of Plaintiff's claims in SAPA's absence will impair and

6  impede SAPA's ability to protect that interest, and such interest is not adequately represented by

7  the existing parties, SAPA has a right to intervene under Fed. R. Civ. P. 24(a)(2). *See Western

8  States Petroleum Association v. California Occupational Health and Safety Standards Board*,

9  2019 WL 6324076, at *2 (E.D. Cal., Nov. 26, 2019); *Patriot Contract Services, LLC v. United

10 States*, No. C-04-5428 MJJ, 2005 WL 8177446, at *2 (N.D. Cal., Apr. 21, 2005); *United States v.

11 City of Los Angeles*, 288 F.3d 391, 398-99 (9th Cir. 2002); *Californians For Safe & Competitive

12 Dump Truck Transp. v. Mendonca*, 152 F.3d 1184, 1190 (9th Cir. 1998).  Specifically, SAPA, on

13 behalf of its nationwide membership, has a clear protectable interest in the outcome of this

14 lawsuit because, depending on its outcome, member pilots could experience significant changes

15 in their bargained-for pay and working conditions which could affect all of SAPA's membership.

16    Accordingly, the Court hereby orders:

17    1.    SAPA's Motion to Intervene as of right pursuant to F.R.C.P. 24 is GRANTED and

18 SAPA is granted leave of Court to intervene in this matter; and

19    2.    It is further ORDERED that the Proposed Answer-in-Intervention lodged with the

20 Motion shall be considered filed as of the date of this ruling; and

21    3.    It is further ORDERED that the caption of all future pleadings in this matter shall

22 reflect SAPA's status as an Intervenor.

23    **IT IS SO ORDERED.**

24  Dated: _____, 202_

25

26                                         _____

                                           Hon. Maxine M. Chesney
27
                                           United States District Court Judge
                                           Northern District of California
28