IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HOROWITZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | Case No.  21-cv-04674-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of parties' scheduled mediation on February 1, 2024, the Case Management Conference currently scheduled for February 2, 2024, is hereby CONTINUED to March 15, 2024, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than March 8, 2024.

**IT IS SO ORDERED.**

Dated: January 26, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge