IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HOROWITZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SKYWEST AIRLINES, INC.,<br><br>    Defendant. | Case No. 21-cv-04674-MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Before the Court is the "Joint Statement in Advance of Further Case Management Conference," whereby the parties request the Further Case Management Conference scheduled for March 15, 2024, be vacated in light of "[p]laintiff's forthcoming filing seeking approval of settlement" (see Joint Statement in Advance of Further Case Management Conference at 3:12-13). Having read and considered the statement, and good cause appearing therein, the Court hereby VACATES the Further Case Management Conference currently scheduled for March 15, 2024.

**IT IS SO ORDERED.**

Dated: March 7, 2024

MAXINE M. CHESNEY
United States District Judge