**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
Rosemary C. Khoury (SBN 331307)
rkhoury@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone:     (619) 595-3001
Facsimile:      (619) 595-3000

**D.LAW, INC.**
Emil Davtyan (SBN 299363)
emil@d.law
400 N. Brand Blvd., 7th Floor
Glendale, CA 91203
Telephone: (818) 875-2008
Facsimile: (818) 722-3974

Attorneys for Plaintiff Gregory Horowitz, on behalf of himself
and all others similarly situated and aggrieved

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GREGORY HOROWITZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC., a Utah Corporation; and DOES 1 Through 10, inclusive,<br><br>Defendants. | Case No. 21-CV-04674-MMC<br><br>**REPRESENTATIVE ACTION**<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR APPROVAL OF PRIVATE ATTORNEYS' GENERAL ACT ("PAGA") SETTLEMENT**<br><br>Date:    April 26, 2024<br>Time:   9:00 a.m.<br>Ctrm:   7<br>Judge:  Hon. Maxine M. Chesney<br><br>Complaint filed:    March 22, 2021<br>Removal date:      June 17, 2021<br>Trial date:              Not set |

Notice of Motion and Plaintiff's Motion for Approval of PAGA Settlement
Case No. 21-CV-04674-MMC

1  PLEASE TAKE NOTICE that on April 26, 2024 at 9:00 a.m. or as soon as the matter may be heard before the Honorable Maxine M. Chesney in Courtroom 7 of the United States District Court, Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff Gregory Horowitz ("Plaintiff") will move the Court for an Order Granting Approval of a Private Attorneys General Act ("PAGA") Settlement. The Motion is made on the grounds that the proposed Settlement is fair, adequate, and reasonable.

The Motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Plaintiff's Counsel Jeff Geraci and Emil Davtyan, the Declaration of Gregory Horowitz, the Declaration of Jonathan Paul on Behalf Xpand Legal, the PAGA Settlement Agreement (Exhibit "1" to the Geraci Declaration), and all other papers and records on file in this action, and on such oral and documentary evidence as may be presented at the hearing on this Motion.

Respectfully submitted,

COHELAN KHOURY & SINGER
D.LAW, INC.

Dated: March 20, 2024

By: s/Jeff Geraci
    Michael D. Singer, Esq.
    Jeff Geraci, Esq.
    Rosemary C. Khoury, Esq.
Attorneys for Plaintiff Gregory Horowitz, on behalf of himself and all others similarly situated and aggrieved

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101