# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 10, 2024  **Time:** 9:00 - 9:41  **Judge:** MAXINE M. CHESNEY
= 41 minutes

**Case No.:** 21-cv-04674-MMC  **Case Name:** Gregory Horowitz v. Skywest Airlines, Inc.

**Attorney for Plaintiff:** Jeffrey Geraci (by Zoom)
**Attorney for Defendant:** Amanda Clark

**Deputy Clerk:** Tracy Geiger  **Court Reporter:** Stephen Franklin

### PROCEEDINGS

Plaintiff's Motion for Approval of PAGA Settlement - hearing held.

Court granted motion in full with the exception that the attorney fees are awarded at 30% of the settlement fund. The payment to plaintiff is approved.

**Order to be prepared by:**
( )   Plaintiff            ( )   Defendant            (X)   Court