COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GREGORY HOROWITZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC., a Utah Corporation; and DOES 1 Through 10, inclusive,<br><br>Defendants. | Case No. 21-CV-04674-MMC<br><br>**REPRESENTATIVE ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF PRIVATE ATTORNEYS' GENERAL ACT ("PAGA") SETTLEMENT**<br><br>Date:   April 26, 2024<br>Time:   9:00 a.m.<br>Ctrm:   7<br>Judge:  Hon. Maxine M. Chesney<br><br>Complaint filed:   March 22, 2021<br>Removal date:     June 17, 2021<br>Trial date:       Not set |

1. Pursuant to the Motion for an Order Granting Approval of Private Attorneys' General Act ("PAGA") Settlement submitted by Plaintiff Gregory Horowitz ("Motion"), and having considered the Motion, all legal authorities and documents submitted in support, Declarations of Jeff Geraci, Emil Davtyan, and Gregory Horowitz and attached exhibits, including the Individual and PAGA Settlement Agreement ("Settlement Agreement"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED, as follows:

1. The Court approves the Gross Settlement Amount of $650,000.00;

    a. The Court orders 75% of the PAGA Fund, $294,556.50, be paid to the California Labor and Workforce Development Agency as PAGA penalties;

    b. The Court orders 25% of the PAGA Fund, $98,185.50, be paid to the Aggrieved Employees in pro rata shares based on the number of pay periods worked from March 6, 2020 to the earlier of, the date the Court approves the Settlement, or May 3, 2024, as PAGA penalties.

2. The Court approves and awards Plaintiff's Counsel, Cohelan, Khoury & Singer, and D.Law, Inc., attorneys' fees of $195,000.00 and litigation costs of $19,092.00.

3. The Court approves and awards $10,000.00 to Plaintiff Gregory Horowitz for his service as the PAGA representative and in exchange for executing a general release.

4. The Court approves and awards $11,500.00 to the Administrator, Xpand Legal, for expenses incurred in the administration of the Settlement.

5. If any Aggrieved Employee fails to negotiate a settlement check within 180 calendar days after mailing, Xpand Legal will send the amount of the settlement check to the California State Controller Unclaimed Property Fund in the employee's name.

**IT IS SO ORDERED.**

Dated: ___May 10___, 2024

Honorable Maxine M. Chesney
Judge of the United States District Court